Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200
e-mail: efile@ch13ac.com

United States Bankruptcy Court
Central District of California – Santa Ana Division

| | |
|---|---|
| Stacy Odine Corban | ) Case No.: 8:23-bk-11139-MH |
| | ) |
| | ) Objection to Confirmation of Chapter 13 Plan |
| | ) |
| | ) Date:          August 17, 2023 |
| Debtor(s) | ) Time:          10:30 AM |
| | ) Courtroom:   6C |
| | ) |
| | ) 411 West Fourth St., Santa Ana, CA 92701 |
| | ) |

**PLEASE TAKE NOTICE** that Amrane Cohen, Chapter 13 Trustee ("Trustee"), hereby submits his Objection to Confirmation of Chapter 13 Plan. The confirmation hearing is currently set on the date, time, and location indicated above.

**NOTICE IS GIVEN** that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested in this objection or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.

**NOTICE IS GIVEN** that any reply to this objection must be in writing, filed with the Court, and served upon the Trustee not later than seven (7) calendar days prior to the confirmation hearing. Unless the Court finds good cause, a reply document not timely filed and served may not be considered.

If the Trustee's Objection is sustained, Trustee requests dismissal of the case for failure to confirm a plan under 11 U.S.C. §1307(c) or conversion to chapter 7, whichever is in the best interest of creditors and the estate.

Stacy Odine Corban   ("Debtor") filed a chapter 13 petition on or about 6/2/2023.

<u>Jurisdiction:</u>

The bankruptcy court has jurisdiction pursuant to 28 U.S.C.§§ 1334 and 157(b)(2)(L).

\\

<u>Standing of Trustee to object:</u>

The Trustee has standing and shall "appear and be heard" on issues affecting plan confirmation.  <u>See</u> §1302(b)(2)(B).    In <u>Andrews v. Loheit (In re Andrews)</u>, 49 F.3d 1404, 1408 (9th Cir. 1995), the Circuit Court held that the Chapter 13 Trustee has standing to object to confirmation of a plan that does not meet the requirements for confirmation under § 1325(a)(1) notwithstanding the absence of any objecting creditors.

The Trustee objects to confirmation on the following grounds:

1. Debtor failed to appear at the 341(a) meeting of creditors.
2. Debtor has not made any plan payments and was delinquent $5,400.00 on 8/3/23.
3. Debtor did not provide proof of ID or of Social Security number.
4. Debtor did not file the Declaration re Tax Returns and DSO.
5. Debtor did not provide evidence of post petition mortgage payments.
6. Debtor's plan is totally reliant on family contributions and Debtor did not provide a Declaration of Support to evidence the family contribution.

If Trustee objections are not addressed, Trustee requests that plan confirmation be denied and the case be dismissed, including dismissal under §109(g), or converted to chapter 7, whichever is in the best interest of creditors and the estate under §1307(c)(5).

Dated: 8/3/2023                           By:/s/Amrane Cohen
                                          Amrane Cohen, Chapter 13 Trustee

<u>Verification:</u>

I, Amrane Cohen, declare that I am the duly appointed Chapter 13 Trustee in this case. I have reviewed the files and records maintained in this case. The facts stated in this objection are based upon those records and are true and correct to the best of my knowledge.

Dated: 8/3/2023                              By:<u>/s/Amrane Cohen</u>

                                                Amrane Cohen, Chapter 13 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **Objection to Plan Confirmation__**
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __August 3, 2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin Heston  BHESTON.ECF@GMAIL.COM

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___August 3, 2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Mark D. Houle

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2023 | Reyna Patrick | /S/ Reyna Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630