United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11139-MH |
| Stacy Odine Corban | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2023 | Form ID: van180 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: efile@ch13ac.com | Aug 30 2023 00:15:00 | Amrane (SA) Cohen (TR), 770 The City Drive South Suite 3700, Orange, CA 92868-4928 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 31, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | |

Case 8:23-bk-11139-MH    Doc 25    Filed 08/31/23    Entered 08/31/23 21:20:50    Desc
Imaged Certificate of Notice    Page 2 of 3

ecf.alert+Kosmala@titlexi.com wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 4

Form van180−convu
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

### NOTICE THAT THE CASE HAS BEEN CONVERTED TO CHAPTER 7 FROM CHAPTER 13 AND OF RELATED REQUIREMENTS [11 U.S.C. § 1307(a)]

**DEBTOR(S) INFORMATION:**
Stacy Odine Corban

**SSN:** xxx−xx−7425
**EIN:** N/A

22596 Killy St
Lake Forest, CA 92630−4619

**BANKRUPTCY NO.** 8:23−bk−11139−MH
**CHAPTER** 7

The debtor having filed a Debtor's Notice of Conversion on 8/28/23, converting this chapter 13 case to a case under chapter 7 of the Bankruptcy Code;

NOTICE IS GIVEN THAT:

(1) The debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts within 30 days from the date of the filing the Debtor's Notice of Conversion or the first date set for the meeting of creditors, <u>whichever is earlier</u>.

(2) Within 14 days from the date of the filing of the Debtor's Notice of Conversion, the debtor must file:

   (a) A schedule of unpaid debts incurred after commencement of the chapter 13 case; and

   (b) The statements and schedules required by FRBP 1019(1)(A) and 1007, and if this case commenced on or after October 17, 2005, a *Chapter 7 Statement of Your Current Monthly Income (Official Form 122A−1), Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A−Supp), and Chapter 7 Means Test Calculation (Official Form 122A−2),* if such documents have not already been filed.

(3) Within 30 days from the date of the filing of the Debtor's Notice of Conversion:

   (a) The chapter 13 trustee must file and transmit to the United States trustee a final report and account;

   (b) The debtor must, if the case is converted AFTER confirmation of a plan, file:

   (i) A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion;

   (ii) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion; and

   (iii) A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion.

Dated: August 29, 2023

BY THE COURT,

**Mark D. Houle**
United States Bankruptcy Judge

(Form van180−convu) Rev. 12/2015    / CJ