**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>**STACY ODINE CORBAN**<br><br><br>Debtor(s). | Chapter 13<br>Case No.:  8:23-bk-11139-MH<br><br>**NOTICE OF FILING FINAL REPORT & ACCOUNT AND NOTICE OF INTENT TO OBTAIN ORDER DISCHARGING TRUSTEE**<br><br>**[No Hearing Required]** |

TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

　　　NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a draft of which is enclosed; and

　　　NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

　　　NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. Section 350(a) and Rule 5009, F.R.B.P.); and

　　　NOTICE IS FURTHER GIVEN that objection (s) , if any, shall be filled with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

　　　Executed on 9/7/2023at Orange, California.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Amrane Cohen_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619

Case No.: 8:23-bk-11139-MH
Judge: MARK D HOULE

## DRAFT FINAL REPORT AND ACCOUNT

This case was **CONVERTED TO CHAPTER 7 BEFORE CONF(C)**

SSN#1 - XXX-XX-7425
SSN#2 -

This Case was commenced on 06/02/2023

The Plan was Confirmed on

The Case was concluded on 08/29/2023

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:    $0.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Amrane (SA) Cohen (TR) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BarClays Bank Delaware | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Benjamin Heston | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE   TD ARRS DP 22596 KILLY | MORTGAGE ARREAR | 148,244.73 | 0.00 | 0.00 | 0.00 |
| Chase Card Services | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Chase Card Services | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Chase Card Services | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Comenity Bank/Victoria Secret | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Courtesy NEF | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| David Harris   TD DP 22596 KILLY | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Goldman Sachs Bank USA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Goldman Sachs Bank USA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Kohls/Capital One | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Lake Forest II Master HOA   DP HOA | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Polston Law | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Santa Ana Division | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Synchrony Bank/Gap | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Synchrony/Ashley Furniture | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Synchrony/PayPal Credit | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Department of Housing and Urban | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| United States Trustee (SA) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPT OF HOUSING & URBAN DEV DP | SECURED | 103,630.40 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank NA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

### SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 251,875.13 | 0.00 | 0.00 |  | 0.00 | 251,875.13 | TOTAL PAID |
| PRIN. PAID | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 |  |  | 0.00 | 0.00 |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| Benjamin Heston | 3,500.00 | 0.00 |

### COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST |  |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: September 07, 2023

/s/ Amrane Cohen
Amrane Cohen

| In re:<br>Stacy Odine Corban<br>22596 Killy St<br>Lake Forest, CA 92630-4619 | CHAPTER 13 |
|---|---|
| Debtor(s). | Case No.: 8:23-bk-11139-MH |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/7/2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin Heston                BHESTON.ECF@GMAIL.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/7/2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/7/2023 | ALDO AMAYA | /s/ ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE