United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 23-11139-TA

Stacy Odine Corban                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                Page 1 of 2

Date Rcvd: Sep 13, 2023                   Form ID: ntc2                          Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |
| 41556898 | David Harris, 1141 Summerview Lane, Huntingtn Bch, CA 92648-4155 |
| 41556899 | Lake Forest II Master HOA, 24752 Toledo Lane, Lake Forest, CA 92630-2318 |
| 41556900 | US Department of, Housing and Uban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104-4430 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 14 2023 00:24:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 14 2023 00:25:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41577726 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 14 2023 00:24:00 | BANK OF AMERICA, N.A., CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Anaheim CA 92806-5948 |
| 41556897 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 14 2023 00:24:00 | Bank of America, Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 41558731 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Sep 14 2023 00:37:54 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0973-8                     User: admin                                      Page 2 of 2
Date Rcvd: Sep 13, 2023                 Form ID: ntc2                                  Total Noticed: 9

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## <u>NOTICE OF REASSIGNMENT OF CASE</u>

**DEBTOR(S) INFORMATION:**
Stacy Odine Corban
**SSN:** xxx–xx–7425
**EIN:** N/A

22596 Killy St
Lake Forest, CA 92630–4619

**BANKRUPTCY NO.**  8:23–bk–11139–TA
**CHAPTER** 7

This case has been reassigned to Bankruptcy Judge Theodor Albert for all further proceedings.

The last two alpha characters of the case number has been changed to indicate the new Judge.

<u>Please use the new changes for all future matters regarding this case.</u>

Dated: September 13, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc2 rev. 5/96) VAN–83

**27 / JL**