**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**STACY ODINE CORBAN**<br><br>Debtor(s). | **Case No.:  8:23-bk-11139-MH**<br><br>**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |

On   September 07, 2023, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2023 at Orange, California.

Dated:  October 18, 2023

/s/ ALDO AMAYA
ALDO AMAYA