Weneta M.A. Kosmala, Esq.
**c/o LAW OFFICES OF**
**WENETA M.A. KOSMALA**
4425 Jamboree, Suite 183
Newport Beach, CA 92660
(714) 708-8190
wkosmala@txitrustee.com

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-BK-11139 TA |
| Corban, Stacy Odine | Chapter 7 |
| | **NOTIFICATION OF ASSET CASE** |
| Debtor(s). | |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    WENETA M.A. KOSMALA, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: October 20, 2023         /s/ Weneta M.A. Kosmala
                                                               Weneta M.A. Kosmala
                                                               Chapter 7 Bankruptcy Trustee