| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, State Bar No. 133040 jgolden@go2.law Ryan W. Beall, State Bar No. 313774 rbeall@go2.law GOLDEN GOODRICH LLP 3070 Bristol Street, Suite 640 Costa Mesa, California 92626 Telephone   714-966-1000 Facsimile    714-966-1002 ☐ *Movant(s) appearing without an attorney* ☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: STACY ODINE CORBAN, | CASE NO.: 8:23-bk-11139-TA CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 01/11/2024    Movant(s) filed a motion or application (Motion) entitled: Application of the Chapter 7 Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. Sections 327 and 330

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 01/11/2024    Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>01/30/2024</u>                        <u>/s/ Ryan W. Beall</u>
                                         Signature


                                         <u>Ryan W. Beall</u>
                                         Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1  **GOLDEN GOODRICH LLP**
   Jeffrey I. Golden, State Bar No. 133040
2  jgolden@go2.law
   Ryan W. Beall, State Bar No. 313774
3  rbeall@go2.law
   3070 Bristol Street, Suite 640
4  Costa Mesa, California 92626
   Telephone   714-966-1000
5  Facsimile   714-966-1002

6  Proposed Attorneys for Chapter 7 Trustee
   Weneta M.A. Kosmala

7

8            **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10 | In re                      | Case No. 8:23-bk-11139-TA
11 | STACY ODINE CORBAN,        | Chapter 7
12 |         Debtor.            | **APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330, INCLUDING STATEMENT OF DISINTERESTEDNESS OF RYAN W. BEALL**
16 |                            | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)]

18 **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

19 **JUDGE:**

20       Weneta M.A. Kosmala, the Chapter 7 trustee ("Trustee") for the bankruptcy estate

21 ("Estate") of debtor Stacy Odine Corban ("Debtor"), files this *Application of the Chapter 7*

22 *Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330*

23 ("Application").  In support of the Application, the Trustee submits the Statement of

24 Disinterestedness of Ryan W. Beall ("Beall Statement").

25 **I.    STATEMENT OF FACTS**

26       On June 2, 2023 ("Petition Date"), the Debtor filed a voluntary Chapter 13

27 bankruptcy petition, commencing case no. 8:23-bk-11139-TA ("Case").  The Case was

28 converted to one under Chapter 7 on August 28, 2023, and Weneta M.A. Kosmala was

EMPLOYMENT APPLICATION

1  appointed Chapter 7 trustee.  In her Schedule A/B, the Debtor scheduled the following

2  assets with the following values assigned by the Debtor:

3      -  22596 Killy Street, Lake Forest, California 92630 ("Property") with a

4  stated value of $934,000.00 and liens totaling $534,847.68 ("Liens").  The Debtor

5  claims an exemption in the Property in the amount of $678,000.00 pursuant to

6  C.C.P. § 704.730 ("Exemption").

7      -  Personal property valued at $7,240.00, consisting of vehicles

8  ($1,000.00), personal and household items ($1,400.00), and financial assets

9  ($4,840.00).  The Debtor scheduled no priority unsecured claims or nonpriority

10  unsecured claims.  See dkt. 12, Schedules A/B, C and D.

11  The Trustee and her counsel are reviewing the Debtor's petition, schedules,

12  statement of financial affairs, and documents provided by the Debtor's counsel as well as

13  valuations of the Property along with debts asserted against the Debtor.  The Trustee

14  believes she can administer the Debtor's interest in the Property for the benefit of the

15  Estate's creditors.

16  **II.**  **THE PROPOSED EMPLOYMENT**

17      **A.**  **The Purpose of the Proposed Employment**

18  The Trustee seeks to employ Golden Goodrich LLP ("Firm") as her counsel

19  pursuant to 11 U.S.C. §§ 327 and 330, effective upon entry of the order on this

20  Application, to:

21      1.  analyze the Debtor's assets and liabilities, including the Property, the

22  Liens and the Exemption, advise the Trustee regarding these matters, and take

23  appropriate action;

24      2.  investigate possible unsecured creditors;

25      3.  if warranted, assist the Trustee in selling the Property, including

26  preparing the necessary pleadings for the Court to approve the terms of any such

27  sale, participating in any hearings before this Court regarding the sale, including

28

**Golden Goodrich LLp**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

any auction that may occur and, should the Court approve the sale, taking actions necessary to close the sale;

4.    if appropriate, assist the Trustee in employing a real estate broker to market and sell the Property, and work with the broker to resolve any related issues;

5.    analyze any problematic claims and, if warranted, prepare objections; and

6.    provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

In addition, the Firm usually performs certain general tasks as counsel to trustees. In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:

7.    advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general unsecured claims of creditors;

8.    represent the Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected;

9.    assist the Trustee in the settlement of any debts owed to the Debtor;

10.    assist the Trustee in the disposition of any assets of the Estate; and

11.    conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

The short delay in seeking approval of the Firm's employment is due to the circumstances of the Case.  The Firm customarily prepares and submits its employment application within 30 days of being contacted by a trustee.  In this case, it was not apparent that the employment of counsel was warranted until the Firm first reviewed potential claims, corresponded with counsel for the Debtor, analyzed issues regarding a potential sale of the Property, and determined that assets can be administered.  Creditors

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  will not be harmed by allowing the Firm to seek compensation and reimbursement for

2  services provided on or after November 7, 2023, the date the Firm began providing

3  services to the Trustee, as the fees incurred were to evaluate and preserve assets to be

4  liquidated for the creditors' benefit.

5          **B.    The Firm's Qualifications**

6          The Firm's attorneys concentrate their practices in insolvency, reorganization and

7  bankruptcy law, and are well qualified to represent the Trustee in this case.  All attorneys

8  comprising or associated with the Firm who will render services for the Trustee are duly

9  admitted to practice in the courts of the State of California and in the United States District

10  Court for the Central District of California.  The Firm's resume, including a schedule of

11  current hourly rates, is attached as Exhibit "1" to the Beall Statement.

12          **C.    Terms of the Proposed Employment**

13          The terms of employment of the Firm agreed to by the Trustee, subject to approval

14  of the Court, are as follows:

15          1.    Hourly Rates and Expenses. The Firm will represent the Trustee at its

16  customary hourly rates which currently range from $250 to $850 per hour,

17  depending on the experience and expertise of the attorney or paralegal performing

18  the work.  The majority of the work will be performed by Jeffrey I. Golden and Ryan

19  W. Beall at their respective current hourly rates of $850 and $550.[1]  However, the

20  Firm reserves the right to have other attorneys or paralegals of the Firm perform

21  work in this case, as the Firm deems appropriate.  The Firm's hourly rates are

22  subject to periodic adjustment.  If any adjustment is made while the Firm is

23  performing work in this case, the new hourly rates will be effective for this case.  In

24  addition, the Firm will be reimbursed its actual, out-of-pocket expenses.

25

26

27

28  [1] Through December 31, 2023, Mr. Golden's hourly rate was $750 and Mr. Beall's hourly rate was $500.
On January 1, 2024, their hourly rates increased to $850 and $550, respectively.

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2.      <u>Requirement to File Fee Applications</u>.  The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 and agrees to accept as compensation such sums as the Court may allow.

## III.   <u>DISCLOSURES</u>

Jeffrey I. Golden and David M. Goodrich, partners in the Firm, and Weneta M.A. Kosmala, are members of the panel of trustees for the Central District of California. Ms. Kosmala is the principal of the Law Offices of Weneta M.A. Kosmala which represents Mr. Golden in his capacity as bankruptcy trustee in other unrelated cases.  In her capacity as a bankruptcy trustee, Ms. Kosmala also employs the Firm as her counsel in other unrelated matters.  Mr. Golden, Mr. Goodrich and Ms. Kosmala occasionally attend the same bar association and social events.

## IV.   <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Pursuant to 11 U.S.C. § 327(a), a trustee may employ attorneys and other professional persons who do not hold or represent an interest adverse to the estate, and who are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties.

Except as provided above, to the best of the Trustee's knowledge, and based upon the Beall Statement filed concurrently herewith, the Firm:

1.      has no connection with the Debtor, the Debtor's principals, insiders, creditors, the Trustee, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

2.      is not a pre-petition creditor, an equity security holder or an insider of the Debtor;

3.      is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor;

**Golden Goodrich LLp**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

**Golden Goodrich LLp**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4.     does not represent an individual or entity that holds an interest adverse to the Estate;

5.     is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge in the Central District of California;

6.     is disinterested within the meaning of 11 U.S.C. §§ 327(a) and 101(14);

7.     will not receive a retainer in this case; and

8.     has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to the Firm will be paid to any other entity.

**V.     CONCLUSION**

The employment of the Firm is in the best interest of the Trustee and the Estate.

**WHEREFORE**, the Trustee prays that the Court enter an order approving the Application and authorizing the Trustee to employ the Firm as her counsel effective upon entry of the order on this Application, with such order specifically authorizing the Firm to seek compensation and reimbursement for services provided on or after November 7, 2023, upon the terms and conditions set forth herein and with compensation to be determined and paid at the expense of the Estate upon noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330 or 331.

Respectfully submitted,

Dated:  January 11, 2024          GOLDEN GOODRICH LLP

By:     /s/ Ryan W. Beall
RYAN W. BEALL
Proposed Attorneys for Weneta M.A.
Kosmala, Chapter 7 Trustee

Dated:  January 11, 2024

WENETA M.A. KOSMALA
Chapter 7 Trustee

| Attorney or Party Name, Address & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **GOLDEN GOODRICH LLP**<br>Jeffrey I. Golden, State Bar No. 133040; jgolden@go2.law<br>Ryan W. Beall, State Bar No. 313774; rbeall@go2.law<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Telephone No.: (714) 966-1000; Facsimile No.: (714) 966-1002<br><br>*Proposed Attorneys for Chapter 7 Trustee Weneta M.A. Kosmala* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>STACY ODINE CORBAN,<br><br>                                              Debtor. | CHAPTER 7<br><br>CASE NUMBER 8:23-bk-11139-TA |
|---|---|
| | (No Hearing Required) |

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*[1]

1.    Name, address and telephone number of the professional (the "Firm") submitting this Statement:

Golden Goodrich LLP
Ryan W. Beall, Esq.
3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
(714) 966-1000

2.    The services to be rendered by the Firm in this case are *(specify)*:

The Firm will:  (a) analyze the Debtor's assets and liabilities, including the Property, the Liens and the Exemption, advise the Trustee regarding these matters, and take appropriate action; (b) investigate possible unsecured creditors; (c) if warranted, assist the Trustee in selling the Property, including preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur, and, should the Court approve the sale, taking actions necessary to close the sale; (d) if appropriate, assist the Trustee in employing a real estate broker to market and sell the Property, and work with the broker to resolve any related issues; (e) analyze any problematic claims and, if warranted, prepare objections; (f) provide general advice regarding the Bankruptcy Code and local bankruptcy rules; and (g) perform other general tasks as may be required by the Trustee.

3.    The terms and source of proposed compensation and reimbursement of the Firm are *(specify)*:

The Firm will be compensated from funds in the estate on an hourly engagement at the Firm's customary hourly rates which currently range between $250 and $850,[2] subject to Court approval of all fees and costs.  The Firm's hourly rates are subject to periodic adjustment.  If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case.

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are *(specify)*:

None.

---

[1] Any term not specifically defined herein shall have the meaning set forth in the accompanying Application.
[2] As set forth in the Application, the Firm's hourly rates increased effective January 1, 2024.

Statement of Disinterestedness for Employment of Professional Person  -  *Page 2*          **F 2014-1**

| In re<br>CORBAN,<br><br>                                    Debtors. | CHAPTER 7<br><br>CASE NO. 8:23-bk-11139-TA |
|---|---|

5.      The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of *(specify)*:

Submitted to the Firm's conflicts check system.

6.      The following is a complete description of all the Firm's connections with the Debtor, the Debtor's principals, insiders, creditors, the Chapter 7 trustee, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

David M. Goodrich and Jeffrey I. Golden, partners in the Firm, and Weneta M.A. Kosmala, are members of the panel of chapter 7 trustees for the Central District of California.  Ms. Kosmala is the principal of the Law Offices of Weneta M.A. Kosmala which represents Mr. Golden is his capacity as bankruptcy trustee in other unrelated cases.  Ms. Kosmala also employs the Firm as her counsel in other unrelated matters.  Mr. Golden, Mr. Goodrich and Ms. Kosmala occasionally attend the same bar association and social events.

7.      The Firm is not a pre-petition creditor, an equity security holder or an insider of the Debtor.

8.      The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor.

9.      The Firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

10.     Name, address and telephone number of the person signing this Statement *(specify)*:

*See* item 1.

11.     The Firm is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge for the Central District of California.

12.     The Firm's resume is attached as Exhibit "1."

13.     Total number of attached pages of supporting documentation:   18

14.     After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except that I declare that Paragraphs 6 through 9 are stated on information and belief.

Executed on the 11th day of January, 2024, at Santa Barbara, California.

RYAN W. BEALL                                              /s/ Ryan W. Beall
*Type Name of Professional*                               *Signature of Professional*

# Exhibit 1




# Jeffrey I. Golden

*Partner*
Contacts
714-966-1000
jgolden@go2.law

Jeffrey I. Golden is a Receiver, Bankruptcy Trustee and Examiner. He is a founding partner of Golden Goodrich LLP and a former shareholder of Buchalter, Nemer, Fields & Younger.  He also serves as an expert witness in federal and state criminal and civil matters.

He received his undergraduate degree from the University of California at San Diego – Revelle College in 1984, cum laude, and his law degree from the University of Southern California Law School in 1987. After graduation from law school, he served as a law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges of the United States Bankruptcy Court and the Bankruptcy Appellate Panel.

Mr. Golden is adjunct professor of law at the University of California, Irvine School of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a national publication. He also has lectured and written various articles regarding insolvency and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial Conference Lawyer Representative and is a past President of the Orange County Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing attorneys in Southern California.

Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for outstanding ethics, scholarship and contribution. He was also the first and only panel trustee to receive the CDCBAA's Judge Calvin Ashland "Trustee of the Year" Award. He also was appointed to serve on the California State Bar Client Security Fund Commission allocating millions of dollars to victims of attorney abuse.  He also has been an adjunct faculty member of the University of California at Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct professor of bankruptcy law at UCI Law School.  Mr. Golden is a graduate of the Straus Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and serves on the panel of trained mediators in bankruptcy matters for the United States Bankruptcy Court, Central District of California.

Mr. Golden engages in a variety of charitable services.  He has been President of the Huntington Seacliff Elementary School PTA, active with Serving People In Need (SPIN), Laura's House, and other local charities.  Mr. Golden was also previously selected to Chair a national committee to develop family programming and family conferences for entrepreneurs for Entrepreneur Organization.

Mr. Golden concentrates his practice in the areas of complex bankruptcy litigation, business reorganizations, and commercial litigation in the state and federal courts.  He is available to mediate bankruptcy controversies and other commercial disputes.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- American Bankruptcy Institute
- California Bankruptcy Forum
- Federal Bar Association
- National Association of Bankruptcy Trustees
- Ninth Circuit Judicial Lawyer Representative
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Professional Networks Group
- Turnaround Management Association

## Thought Leadership

- Speaker, *Busting Trusts*, Orange County Bar Association Commercial Law & Bankruptcy Section (March 2015)
- Panelist, *Problems of Dealing with Limited Liability Company Interests*, National Association of Bankruptcy Trustees (2011)
- Speaker, *A Cram Session on Cram Down Interest Rates*, Orange County Bar Association Commercial Law & Bankruptcy Section (2011)
- *Who is the True Borrower? An Analysis of the Sham Guaranty Defense Reveals a Broad, Fact Intensive, and Total Defense to Deficiency Actions*, California Bankruptcy Journal, Volume 32 (Number 1, 2012)
- *Receivership News, A Publication of the California Receivers Forum*, Receiver Profile Jeff Golden: Enriched by Mentors, Issue 47 (Spring 2013)
- *Sports Team Bankruptcies: Home Runs or Strikeouts?* Los Angeles Daily Journal

## Recognition & Honors

- AV® Preeminent Rating by Martindale-Hubbell Peer Review
- Included in *The Best Lawyers in America*© list for Bankruptcy and Creditor Rights
- Orange County Bankruptcy Forum Peter M. Elliot Award
- Selected to the Southern California Super Lawyers List

## Education

University of California, San Diego (Bachelor of Arts in Political Science 1984)
University of Southern California (Juris Doctor 1987)

Exhibit 1, Page 10

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

 

# David M. Goodrich

*Partner*
Contacts
714-966-1000
dgoodrich@go2.law

David M. Goodrich has represented bankruptcy trustees, large financial companies, distressed businesses, secured and unsecured creditors, and commercial litigants throughout California in matters involving bankruptcy law, finance and lender law, real estate law and business litigation since 2000.

Mr. Goodrich is a member of the Chapter 7 Bankruptcy Panel of Trustees, appointed by the Office of the United States Trustee, serving in the Los Angeles Division of the Central District of California (2011).  Mr. Goodrich has been certified as a bankruptcy law specialist by the State Bar of California (2010). Mr. Goodrich currently serves as a commissioner on the Bankruptcy Law Advisory Commission which prepares, administers and grades examinations for lawyers seeking certification as bankruptcy law specialists from the State Bar of California.

Mr. Goodrich also serves on the board of directors for the Orange County Bankruptcy Forum (President 2016-2017). Mr. Goodrich is also a member of the National Association of Bankruptcy Trustees, the Orange County Bar Association and the Los Angeles Bar Association.

Mr. Goodrich graduated from the University of Arizona with a BA in political science and earned his JD from Whittier Law School.

# Practice Areas

- Bankruptcy Law and Litigation
- Corporate Restructuring
- Chapter 7 and 11 Trustee Representation
- Chapter 11 Debtor-in-Possession Representation
- Unsecured Creditor Committee Representation

# Professional Associations & Community Involvement

- Orange County Bankruptcy Forum
- California Bankruptcy Forum (Board Member 2017 and 2018)
- Bankruptcy Law Advisory Commission (2017 – 2021)
- National Association of Bankruptcy Trustees
- Orange County Bar Association
- Los Angeles Bar Association

# Thought Leadership

- *The Pivotal Election of a Bankruptcy Appeal*, Law360 (November 4, 2016)
- *Involuntary Exposure – Do a Petitioning Creditor's Losses End in the Bankruptcy Court?*, Bloomberg BNA's Bankruptcy Law Reporter (December 8, 2016)
- *Hiding Assets in California, Law Journal Newsletters* (June 2017)

# Recognition & Honors

- Bankruptcy Law Specialist – State Bar of California (2010)
- Bankruptcy Law Advisory Board Commissioner – State Bar of California (2017)
- Southern California Super Lawyer (2016, 2017 and 2018)
- Certificate of Appreciation – United States Bankruptcy Court for the Central District of California (2017)
- Pro Bono Volunteer Recognition (2016 - 2017)

# Education

University of Arizona (Bachelor of Arts in Political Science 1997)
Whittier Law School (Juris Doctor 2000)

# Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.




# Beth E. Gaschen

*Partner*
Contacts
714-966-1000
bgaschen@go2.law

Beth E. Gaschen concentrates her practice on bankruptcy/insolvency matters and business and bankruptcy-related litigation. She represents debtors, creditors' committees, secured and unsecured creditors, trustees, asset purchasers, and others in chapter 7 and chapter 11 bankruptcy cases, adversary proceedings, as well as out-of-court restructurings. Ms. Gaschen also represents receivers and assignees for the benefit of creditors.

Ms. Gaschen served a judicial externship to the Honorable Terry J. Hatter, Jr., United States District Court Judge for the Central District of California, and a judicial externship to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California. Upon graduation, Ms. Gaschen served a judicial clerkship for the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California from August 2006 to August 2009.

In 2016, Ms. Gaschen was selected as one of 40 "up and coming" bankruptcy attorneys from across the nation to participate in the National Conference of Bankruptcy Judges' Next Generation Program. Ms. Gaschen has been recognized as a "Rising Star" in Super Lawyers magazine in both 2015 and 2016. Ms. Gaschen was a Director of the Orange County Bankruptcy Forum from 2010-2014, and its President from 2013-2014, and is also a member of the Orange County Bar Association and the International Women's Insolvency & Restructuring Confederation.

## Practice Areas
- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement
- Director, Orange County Bankruptcy Forum, 2010-2014
- President, Orange County Bankruptcy Forum, 2013-2014
- Orange County Bar Association
- IWIRC, International Women's Insolvency & Restructuring Confederation

## Thought Leadership
- Moderator, *Busting Trusts*, Orange County Bar Association Commercial Law and Bankruptcy Section (2015)
- Panelist, *Are You Still Smarter Than a 5th Year,* California Bankruptcy Forum Annual Insolvency Conference (2010)

Exhibit 1, Page 14

# Recognition & Honors

- Selected to the Southern California Super Lawyers
  2015 Rising Star List

# Education

University of California, San Diego (Bachelor of Arts in Sociology 2003)
Chapman University School of Law (Juris Doctor 2006)

# Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result




# Christopher A. Minier

*Partner*

Contacts

714-966-1000

cminier@go2.law

Christopher A. Minier has over 20 years of bankruptcy practice experience in all aspects of Chapter 11 and Chapter 7 cases. He has represented debtors-in-possession, secured and unsecured creditors, trustees and committees in all Chapter 11 reorganizations and liquidations, and liquidations under Chapter 7. Mr. Minier's practice is national in scope, and he has represented parties in bankruptcy cases in Delaware, New York, Texas, Georgia, Nevada, Montana and other states.

Mr. Minier has negotiated and drafted Plans of Reorganization in numerous Chapter 11 cases, including cases under Subchapter V of Chapter 11, and has confirmed plans under each. Mr. Minier specializes in representing business entities in Chapter 11 reorganizing and liquidating cases, and has represented debtors as diverse as construction contractors, residential and commercial developers, owners of retail commercial real properties, service enterprises, manufacturers, multi-property multi-family residential real property owners and lessors, heavy equipment lessors, retail sellers, wholesalers, non-profit organizations, and restaurant owners and operators (including multi-unit franchisees) and other franchisees, among many others.

Mr. Minier has also represented a diverse array of commercial enterprise debtors in Chapter 7 liquidating bankruptcy cases, including restaurants, automobile franchisors, automobile franchisees, manufacturers, service providers, retail and wholesale enterprises, commercial and residential real property owners, developers and contractors.

Mr. Minier has represented innumerable creditors and other interested parties in Chapter 7, 11 and 13 bankruptcy cases, including secured and unsecured creditors, commercial and residential lessors, governmental agencies, equity owners, creditors' committee, and Chapter 7 trustees and buyers of assets from debtors' bankruptcy estates.

Mr. Minier also has extensive experience in representing a diverse array of parties in bankruptcy appeals, including appeals to the District Court, Bankruptcy Appellate Panel for the Ninth Circuit and Ninth Circuit Court of Appeals.

Mr. Minier has prosecuted and defended parties in numerous adversary proceedings, including preference, fraudulent transfer (under both the Bankruptcy Code and state law), turnover and collection actions. Additionally, he has extensive experience representing parties in the prosecution and defense of Bankruptcy Code § 523 non-dischargeability and § 727 objection to discharge adversary proceedings.

## Practice Areas

- Chapter 11 debtor-in-possession representation
- Bankruptcy law and litigation
- Corporate restructuring
- Out Of Court Restructurings And Workouts
- Assignee representation
- Chapter 7 and 11 trustee representation

## Professional Associations & Community Involvement

- California Receivers Forum (2009-present)
- Orange County Bankruptcy Forum Board Member (2008 – 2015, and President 2015)
- Orange County Bar Association (2018 – Present, member Commercial Law & Bankruptcy Section, Business Litigation Section and Real Estate Section
- Panelist for March 11, 1999, "Latest Developments in Chapter 7 Representation"
- Co-Program Chair, "It's All in the Numbers: A Seminar Regarding Some of the Major Financial Issues that Arise in Chapter 11 Cases. April 26, 2010
- Moderator for June 11, 2011, "Bankruptcy Fundamentals" program at Chapman Law School
- Program Chair, "Objection Your Honor" a workshop on evidentiary issues arising at all stages of bankruptcy cases. October 19, 2013
- Co-Program Chair: "Parties Gone Wild:" Slippery Sanctions, How to Deal with Alter Ego Claims, Derivative Claims and In Pari Delicto, The Wolf of Claims Trading: Latest Developments, and the Importance of Good Faith in Defending Avoidance Action
- Program Chair, "Let's Make a Deal: Learn Proven Negotiation Techniques from the Experts," September 20, 2014
- Co-Program Chair, "Enforcement of Judgments in Bankruptcy / Federal Courts," September 10, 2015

## Education

- Whittier College B.A., with distinction, Business Administration, May 1993
- University of San Diego School of Law, Juris Doctor, cum laude, May 1997

## Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California




# Michael Adele

Of Counsel
**Contacts**
MAdele@go2.law

Michael R. Adele has a general commercial litigation practice, with an emphasis on representing clients in bankruptcy litigation, including contested matters, adversary proceedings and other bankruptcy related litigation, as well as intellectual property litigation and business litigation.

Mr. Adele is a former partner of Cooley, Godward, was a founder and head of Cooley Godward's San Diego litigation practice, and was the former head of litigation for Weiland Golden LLP, a predecessor of Golden Goodrich LLP.  Mr Adele was named a California Super Lawyer for the years 2006 and 2014-2016.

Mr. Adele has tried cases in Southern California for over 25 years in both state and federal courts, including bankruptcy courts, often with astounding results.  Mr. Adele's most notable achievements include:

- Winning a ten day bench trial in bankruptcy court that allowed confirmation of the client's bankruptcy plan, and which resulted in the client's successful bankruptcy reorganization;
- Winning a federal court jury trial on directed verdict, in the middle of cross-examining the other party's first witness, in a case with nearly $1,000,000 at issue;
- Winning a TRO and preliminary injunction, and later obtaining a favorable settlement for his client, in a bet-the-company trademark dispute against the company's founder; and
- Winning an extraordinary order allowing his client to copy defendants' computers immediately upon service of the complaint (i.e., with no prior notice to defendants whatsoever) and executing a raid with federal marshals to implement this order, which ultimately resulted in a favorable settlement.

In addition, Mr. Adele has taught law school at both Chapman Law School and Whittier Law School, served as a judge pro tem and published articles in the Daily Journal.

## Education

University of California, Irvine (Bachelor of Arts in Philosophy 1985)
Harvard Law School (Juris Doctorate 1988)

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result




# Ryan W. Beall

Attorney

## Contacts

714-966-1000
rbeall@go2.law

Ryan W. Beall received his undergraduate degree in Political Science with a minor in Human Communication from Trinity University in San Antonio, Texas in 2008, and his law degree from University of California Irvine, School of Law in 2016. While at law school, he served a judicial externship to the Honorable Brian E. Hill, Superior Court of Santa Barbara, and a judicial externship to the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California. Upon graduation, Mr. Beall served a judicial clerkship for the Honorable Christopher M. Klein, United States Bankruptcy Judge for the Eastern District of California from August 2016 to August 2018.

Mr. Beall's practice is focused on bankruptcy and insolvency matters. Mr. Beall's article Cryptocurrency in the Law: An Analysis of the Treatment of Cryptocurrency in Bankruptcy will be published in the late 2018 issue of the California Bankruptcy Journal.



# Cynthia B. Meeker

Paralegal

**Contacts**

714-966-1000

cmeeker@go2.law

Cynthia B. Meeker received her undergraduate degree from California State University at Fullerton in 1982, and obtained her legal assistantship from the University of California at Irvine in 1988.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Education

 California State University, Fullerton (Bachelor of Arts 1982)

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

 

# Claudia Yoshonis

Paralegal
**Contacts**
714-966-1000
cyoshonis@go2.law

Claudia Yoshonis received her undergraduate degree from San Diego State University, and her law degree from Western State University of Law.  She served a judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the Central District of California, from 1987 through 1989.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum

## Education

San Diego State University (Bachelor of Science in Criminology 1978)
California Western School of Law (Juris Doctor 1982)

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.




# Kelly Adele

Paralegal

## Contacts

714-966-1000
kadele@go2.law

Kelly Adele is a paralegal and legal assistant with Golden Goodrich LLP. Mrs. Adele has worked in the legal field for more than 15 years. She has provided litigation support to attorneys handling cases in both federal and state court, qualifying her as a paralegal under California law. Mrs. Adele has completed education courses offered by the United States Bankruptcy Court for the Central District of California. Mrs. Adele has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices. She is responsible for case management and debtor and creditor committee cases. She performs legal research, prepares and reviews information pertaining to court cases and legal issues. Mrs. Adele has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

Mrs. Adele was a former Board Member of the Orange County Legal Secretaries Association, a current member of the Orange County Legal Secretaries Association and a current member of the National Notary Association.

GG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.



### Schedule of Rates - Effective January 1, 2024

### Attorneys/Of Counsel:

| | |
|---|---|
| Jeffrey I. Golden | $850.00 |
| David M. Goodrich | $750.00 |
| Beth E. Gaschen | $700.00 |
| Christopher A. Minier | $700.00 |
| Michael R. Adele | $675.00 |
| Brett H. Ramsaur | $650.00 |
| Carry Murray | $650.00 |
| Kerry A. Moynihan | $650.00 |
| Ryan W. Beall | $550.00 |

### Paralegal Professionals:

| | |
|---|---|
| All Paralegals | $250.00 |

### Law Clerks:

| | |
|---|---|
| All Law Clerks | $250.00 |

*all rates are subject to periodic adjustment

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330, INCLUDING STATEMENT OF DISINTERESTEDNESS OF RYAN W. BEALL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **January 11, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 11, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|:---:|:---:|:---:|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Joseph C Delmotte     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)     ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL WITH ATTACHMENTS:**
Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619
DEBTOR

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **GOLDEN GOODRICH LLP**
   Jeffrey I. Golden, State Bar No. 133040
2  jgolden@go2.law
   Ryan W. Beall, State Bar No. 313774
3  rbeall@go2.law
   3070 Bristol Street, Suite 640
4  Costa Mesa, California 92626
   Telephone   714-966-1000
5  Facsimile    714-966-1002

6  Proposed Attorneys for Chapter 7 Trustee
   Weneta M.A. Kosmala

7

8  ## UNITED STATES BANKRUPTCY COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| 10  In re | Case No. 8:23-bk-11139-TA |
| 11  STACY ODINE CORBAN, | Chapter 7 |
| 12          Debtor. | **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330** |
| 13 14 | |
| 15 | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

16  **TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN
17  INTEREST:**

       **PLEASE TAKE NOTICE** that Weneta M.A. Kosmala, the Chapter 7 trustee
18  ("Trustee") for the bankruptcy estate ("Estate") of debtor Stacey Odine Corban ("Debtor"),
   has filed an application ("Application") with the Court for approval to employ Golden
19  Goodrich LLP ("Firm") as her counsel pursuant to 11 U.S.C. §§ 327 and 330.

20     1.     On June 2, 2023 ("Petition Date"), the Debtor filed a voluntary Chapter 13
   bankruptcy petition, commencing case no. 8:23-bk-11139-TA ("Case").  The Case was
21  converted to one under Chapter 7 on August 28, 2023, and Weneta M.A. Kosmala was
   appointed Chapter 7 trustee.  In her Schedule A/B, the Debtor scheduled the following
22  assets with the following values assigned by the Debtor:

23         -     22596 Killy Street, Lake Forest, California 92630 ("Property") with a
   stated value of $934,000.00 and liens totaling $534,847.68 ("Liens").  The Debtor
24  claims an exemption in the Property in the amount of $678,000.00 pursuant to
   C.C.P. § 704.730 ("Exemption").
25
26         -     Personal property valued at $7,240.00, consisting of vehicles
   ($1,000.00), personal and household items ($1,400.00), and financial assets
27  ($4,840.00).  The Debtor scheduled no priority unsecured claims or nonpriority
   unsecured claims.  See dkt. 12, Schedules A/B, C and D.

28

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2.    The Trustee and her counsel are reviewing the Debtor's petition, schedules, statement of financial affairs, as well as valuations of the Property along with debts asserted against the Debtor.  The Trustee believes she can administer the Debtor's interest in the Property for the benefit of the Estate's creditors.

3.    The Trustee seeks to employ the Firm as her counsel pursuant to 11 U.S.C. §§ 327 and 330, effective upon entry of the order on this Application, to:  (a) analyze the Debtor's assets and liabilities, including the Property, the Liens and the Exemption, advise the Trustee regarding these matters, and take appropriate action; (b) investigate possible unsecured creditors; (c) if warranted, assist the Trustee in selling the Property, including preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur and, should the Court approve the sale, taking actions necessary to close the sale; (d) if appropriate, assist the Trustee in employing a real estate broker to market and sell the Property, and work with the broker to resolve any related issues; (e) analyze any problematic claims and, if warranted, prepare objections; and (f) provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

4.    In addition, the Firm usually performs certain general tasks as counsel to trustees.  In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:  (a) advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority and general unsecured claims of creditors; (b) represent the Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected; (c) assist the Trustee in the settlement of any debts owed to the Debtor; (d) assist the Trustee in the disposition of any assets of the Estate; and (e) conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

5.    The short delay in seeking approval of the Firm's employment is due to the circumstances of the Case.  The Firm customarily prepares and submits its employment application within 30 days of being contacted by a trustee.  In this case, it was not apparent that the employment of counsel was warranted until the Firm first reviewed potential claims, corresponded with counsel for the Debtor, analyzed issues regarding a potential sale of the Property, and determined that assets can be administered.  Creditors will not be harmed by allowing the Firm to seek compensation and reimbursement for services provided on or after November 7, 2023, the date the Firm began providing services to the Trustee, as the fees incurred were to evaluate and preserve assets to be liquidated for the creditors' benefit.

6.    Subject to approval of the Court, the Firm will represent the Trustee at its customary hourly rates which currently range from $250 to $850 per hour, depending on the experience and expertise of the attorney or paralegal performing the work.  The majority of the work will be performed by Jeffrey I. Golden and Ryan W. Beall at their respective current hourly rates of $850 and $550.[1]  However, the Firm reserves the right to have other attorneys or paralegals of the Firm perform work in this case, as the Firm deems appropriate.  The Firm's hourly rates are subject to periodic adjustment.  If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case.  In addition, the Firm will be reimbursed its actual, out-of-pocket expenses.  The Firm has not received a retainer in this case and any hourly fees

---

[1] Through December 31, 2023, Mr. Golden's hourly rate was $750 and Mr. Beall's hourly rate was $500. On January 1, 2024, their hourly rates increased to $850 and $550, respectively.

incurred or costs expended by the Firm must be approved by further order of the Bankruptcy Court after a motion which will be noticed to all creditors and parties in interest pursuant to 11 U.S.C. §§ 330 and 331.

7.    Certain disclosures are contained in the Application and accompanying Statement of Disinterestedness of Ryan W. Beall.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Firm you need take no further action.  In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing on the Application must be made in the form set forth in Local Bankruptcy Rule 9013-1(f) and filed with the Court and served on the Office of the United States Trustee and the Trustee no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  Any objections not timely made may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained from Ryan W. Beall upon request at (714) 966-1000 or from the Clerk of the Bankruptcy Court.

Dated:  January 11, 2024          GOLDEN GOODRICH LLP


                                  By:  */s/ Ryan W. Beall*
                                       RYAN W. BEALL
                                       Proposed Attorneys for Weneta M.A.
                                       Kosmala, Chapter 7 Trustee

**Golden Goodrich LLp**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **January 11, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **January 11, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**    Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|:---:|:---:|:---:|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL WITH ATTACHMENTS:**
Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619
DEBTOR

Bank of America, N.A.
Carrington Mortgage Services, LLC,
600 South Douglass Road
Anaheim CA 92806-5948

Bank of America
Carrington Mortgage Services
1600 South Douglass Road
Anaheim, CA 92806-5948

David Harris
1141 Summerview Lane
Huntington Beach, CA 92648-4155

Lake Forest II Master HOA
24752 Toledo Lane
Lake Forest, CA 92630-2318

(p) Office of General Counsel
US Dept of Housing & Urban Development, Reg IX
One Sansome Street, Suite #1200
San Francisco Ca 94104-4448

US Department of Housing and Urban Development
1 Sansome Street, 12th Floor
San Francisco, CA 94104-4430

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

 3070 Bristol Street, Suite 640, Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/30/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law**
**Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com**
**Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
**Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,**
**wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov** ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/30/2024___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619
DEBTOR

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/30/2024 | David M. Fitzgerald | *David M. Fitzgerald* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.