**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

**FILED & ENTERED**

FEB 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STACY ODINE CORBAN,<br><br>　　　　　　Debtor. | Case No. 8:23-bk-11139-TA<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

　　　　The Court having read and considered the *Application of the Chapter 7 Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330* filed January 11, 2024, as Dkt. 36 ("Application"),[1] and with good cause shown,

//

//

//

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Application.

**IT IS ORDERED:**

1. The Application is approved.

2. The Trustee is authorized to employ the Firm pursuant to 11 U.S.C. §§ 327 and 330.

3. The Firm's employment is effective upon entry of this order, and the Firm is authorized to seek compensation and reimbursement for services provided on or after November 7, 2023, the date the Firm began providing services to the Trustee in this Case.

### ###

Date: February 9, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge