United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11139-TA |
| Stacy Odine Corban | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 5

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

**FILED & ENTERED**

**FEB 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11139-TA |
| STACY ODINE CORBAN, | Chapter 7 |
| Debtor. | **ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court having read and considered the *Application of the Chapter 7 Trustee to Employ Counsel (Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330* filed January 11, 2024, as Dkt. 36 ("Application"),[1] and with good cause shown,

//

//

//

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Application.

**IT IS ORDERED:**

1. The Application is approved.

2. The Trustee is authorized to employ the Firm pursuant to 11 U.S.C. §§ 327 and 330.

3. The Firm's employment is effective upon entry of this order, and the Firm is authorized to seek compensation and reimbursement for services provided on or after November 7, 2023, the date the Firm began providing services to the Trustee in this Case.

###

Date: February 9, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002