**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STACY ODINE CORBAN,<br><br>Debtor. | Case No.: 8:23-bk-11139-TA<br><br>Chapter 7<br><br>**DEBTOR'S WAIVER OF HOMESTEAD EXEMPTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE §704.730** |

I, Stacy Odine Corban, declare as follows:

1. I am the Debtor in this Chapter 7 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I am the owner of the property located at 22596 Killy Street, Lake Forest, California 92630.

3. By this declaration, I am knowingly and voluntarily waiving my homestead exemption under California Code of Civil Procedure §704.730 in connection with this bankruptcy proceeding.

4. I understand that this decision may have lasting consequences on my property rights. I have consulted with my legal counsel, Benjamin Heston, who has explained the implications of this waiver to me. I am making this waiver without any coercion, duress, or undue influence. I acknowledge that I have been given sufficient time to consider the ramifications of this decision.

1

5. This waiver is made with the intent to facilitate the administration of my bankruptcy estate and to allow the Chapter 7 Trustee to sell my residence.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: November 22, 2023

STACY ODINE CORBAN