**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STACY ODINE CORBAN,<br><br>　　　　Debtor. | Case No. 8:23-bk-11139-TA<br><br>Chapter 7<br><br>**NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO: (1) EMPLOY REAL ESTATE BROKER (BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES) AND AGENT CLARENCE YOSHIKANE PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND (2) ALLOW AGENT AN ADMINISTRATIVE CLAIM FOR OUT-OF-POCKET EXPENSES**<br><br>**[22596 Killy Street, Lake Forest, California 92630]**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

　　**PLEASE TAKE NOTICE** that Weneta M.A. Kosmala, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of debtor Stacy Odine Corban ("Debtor"), has filed the *Application of the Chapter 7 Trustee to Employ Real Estate Broker (Berkshire Hathaway HomeServices California Properties) and Agent Clarence Yoshikane Pursuant to 11 U.S.C. §§ 327 and 328* ("Application").

　　1.　　On June 2, 2023 ("Petition Date"), the Debtor filed a voluntary Chapter 13 bankruptcy petition, commencing case no. 8:23-bk-11139-TA ("Case"). The Case was converted to one under Chapter 7 on August 28, 2023, and Weneta M.A. Kosmala was appointed Chapter 7 trustee. In her Schedule A/B, the Debtor scheduled the real property located at 22596 Killy Street, Lake Forest, California 92630 ("Property") with a stated value of $934,000.00 and liens totaling $534,847.68 ("Liens"). The Debtor claims an

exemption in the Property in the amount of $678,000.00 pursuant to C.C.P. § 704.730 ("Exemption").

2. On February 16, 2024, the Debtor filed a Waiver of Homestead Exemption. See dkt. 43.

3. Three claims have been filed. Two claims have been filed as secured claims. Claim 3-1 is the claim of David Harris as a non-priority unsecured claim in the amount of $27,000.00.

4. The Trustee and her counsel are reviewing the Debtor's petition, schedules, statement of financial affairs, and documents provided by the Debtor's counsel as well as valuations of the Property along with debts asserted against the Debtor. The Trustee is informed that the Debtor wishes to liquidate the Property. To that end, the Debtor has executed a waiver of her homestead exemption which the Trustee is informed will be filed shortly in this case.

5. The Trustee is informed by her agent that the Property, including the garage, is completely filled with trash that has been there for more than a year. Therefore, before the Property can be marketed for sale, all trash must be removed and the Property must be thoroughly cleaned. The Property's value is highly contingent on the ability of the Trustee's agent to have the Property emptied and cleaned before marketing begins.

6. The Trustee has solicited the assistance of Clarence Yoshikane ("Agent") of Berkshire Hathaway HomeServices California Properties, a licensed California real estate broker ("Broker"), in determining the value of the Property. Mr. Yoshikane has advised the Trustee that the current market value of the Property is approximately $799,900. However, the market value may be higher once the Property is empty and clean. After cleaning the Property, the Broker shall have the ability to adjust the list price as needed in its professional opinion in order to obtain the highest possible value for the Property.

7. The Agent has inspected the Property and has advised the Trustee that prior to marketing, the Property needs extensive trash removal and interior cleaning (together, "Services"). Due to the lack of funds in the Estate, the Agent is willing to undertake and advance the cost of the Services, up to $15,000. The amount advanced by the Agent for the Services will be payable as an administrative expense of the Estate from the proceeds of sale of the Property.

8. To facilitate the sale of the Estate's interest in the Property, the Trustee seeks to employ an experienced and reputable real estate broker and proposes to employ the Broker and the Agent pursuant to 11 U.S.C. §§ 327(a) and 328. The Agent has agreed to advertise the Property, to market and show the Property, to represent the Estate in connection with the sale of the Property, and to advise the Trustee with respect to obtaining the best offer for the sale of the Property.

9. The terms of the Broker's employment agreed to by the Trustee, subject to approval of the Court, as set forth in the Residential Listing Agreement (Exclusive Authorization and Right to Sell), the Addendum to Exclusive Authorization and Right to Sell, Possible Representation of More than One Buyer or Seller – Disclosure and Consent, and the Disclosure Regarding Real Estate Agency Relationship (together, "Listing Agreement"), a copy of which is attached to the Application as Exhibit 1, are as follows:

   a. The Broker will have an exclusive listing on the Property. The listing price for the Property will be $799,900. The Listing Agreement, including the listing

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

price, may be modified by the Trustee in her discretion.[1] The listing and sale of the Property is subject to Bankruptcy Court approval. Any sale of the Property will be "as is," without any representations, guarantees or warranties of any kind, whether expressed or implied, by the Trustee. Upon the presentation of an acceptable purchase offer for the Property, the Trustee will file a motion seeking court authority to sell the Property and pay the total broker's commission of six percent (6%) from the sale proceeds through escrow. The Trustee's motion will contain an overbid procedure.

      b.     The Trustee shall have the right to sell the Property to anyone who, prior to the date of entering into the Listing Agreement, has expressed an interest in purchasing the Property, and the Broker shall not be entitled to a commission on such a sale.

      c.     The Trustee shall further have the right at any time to sell the Estate's interest in the Property to the Debtor, Stacy Odine Corban, Case No. 8:23-bk-11139-TA. If the Debtor is the successful overbidder over a third party's purchase offer presented by the Broker to the Trustee and as to which the Broker would have been entitled to a commission, and which the Trustee has accepted subject to Court approval, the Broker shall be entitled to the full commission of 3% of the final sale price as set forth in the Listing Agreement.

      d.     Should the Broker represent both the Trustee and the buyer, the total commission shall be reduced to 4%.

      e.     The Agent is informed and understands that no sale may be consummated until after notice and a hearing. Further, the Agent is aware of the provisions of 11 U.S.C. § 328(a) and understands and accepts that, notwithstanding the terms and conditions of employment and compensation provided in the Listing Agreement, the Court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

      f.     Upon completion of the Services and the Trustee's approval of the Agent's out-of-pocket expenses, the Agent will have an allowed administrative claim in the Case for the amount of his expenses, not to exceed $15,000, which can be paid through escrow from the proceeds of sale of the Property.

10.    Certain disclosures are contained in the Application and accompanying declaration of Clarence Yoshikane.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of the Broker and the Agent you need take no further action. In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing on the Application must be made in the form set forth in Local Bankruptcy Rule 9013-1(f) and filed with the Court and served on the Office of the United States Trustee and the Trustee no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). Any objections not timely made may be deemed waived.

---

[1] The Agent anticipates that the listing price may be adjusted after all trash has been removed and the Property has been cleaned.

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Application may be obtained from Ryan W. Beall upon request at (714) 966-1000 or from the Clerk of the Bankruptcy Court.

Dated:  March 8, 2024  GOLDEN GOODRICH LLP

By: */s/ Ryan W. Beall*
     RYAN W. BEALL
     Proposed Attorneys for Weneta M.A.
     Kosmala, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO: (1) EMPLOY REAL ESTATE BROKER (BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES) AND AGENT CLARENCE YOSHIKANE PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND (2) ALLOW AGENT AN ADMINISTRATIVE CLAIM FOR OUT-OF-POCKET EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 8, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Clarence Yoshikane (Berkshire Hathaway HomeServices California Properties: clarence.yoshikane@gmail.com
Jennifer Toyama (Berkshire Hathaway HomeServices California Properties:: j_toyama@verizon.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 8, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE
0.0

**SERVED BY NITED STATES MAIL:**
~~Stacy Odine Corban~~
~~22596 Killy St~~
~~Lake Forest, CA 92630-4619~~
**~~DEBTOR~~**
**MAIL RETURNED 2/27/24 UTF**

Bank of America, N.A.
Carrington Mortgage Services, LLC,
600 South Douglass Road
Anaheim CA 92806-5948

Bank of America
Carrington Mortgage Services
1600 South Douglass Road
Anaheim, CA 92806-5948

David Harris
1141 Summerview Lane
Huntington Beach, CA 92648-4155

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Lake Forest II Master HOA
24752 Toledo Lane
Lake Forest, CA 92630-2318

(p) Office of General Counsel
US Dept of Housing & Urban Development, Reg IX
One Sansome Street, Suite #1200
San Francisco Ca 94104-4448

US Department of Housing and Urban Development
1 Sansome Street, 12th Floor
San Francisco, CA 94104-4430