**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

FILED & ENTERED

MAR 29 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STACY ODINE CORBAN,<br><br>　　　　　Debtor. | Case No. 8:23-bk-11139-TA<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO: (1) EMPLOY REAL ESTATE BROKER (BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES) AND AGENT CLARENCE YOSHIKANE PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND (2) ALLOW AGENT AN ADMINISTRATIVE CLAIM FOR OUT-OF-POCKET EXPENSES**<br><br>**[22596 Killy Street, Lake Forest, California 92630]**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court having read and considered the *Application of the Chapter 7 Trustee for Authorization to: (1) Employ Real Estate Broker (Berkshire Hathaway HomeServices California Properties) and Agent Clarence Yoshikane Pursuant to 11 U.S.C. §§ 327 and 328; and (2) Allow Agent an Administrative Claim for Out-of-Pocket Expenses* filed on March 8, 2024, as Docket #44 ("Application")[1] and with good cause shown,

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Application.

**IT IS ORDERED:**

1. The Application is approved.

2. The Trustee is authorized to employ the Broker and the Agent as an expense of the Estate pursuant to 11 U.S.C. §§ 327 and 328, to market and sell the Estate's interest in the Property upon the terms and conditions set forth in the Application and in the Listing Agreement attached as Exhibit 1 to the Application, and to execute the Listing Agreement and any and all other ancillary documents necessary to list the Property for sale.

3. The Agent is allowed an administrative claim in the Case of up to $15,000, which can be paid through escrow from the proceeds of sale of the Property.

###

Date: March 29, 2024

Theodor C. Albert
United States Bankruptcy Judge

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2