United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11139-TA |
| Stacy Odine Corban | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 5

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

**FILED & ENTERED**

**MAR 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **deramus** DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11139-TA |
| STACY ODINE CORBAN, | Chapter 7 |
| Debtor. | **ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO: (1) EMPLOY REAL ESTATE BROKER (BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES) AND AGENT CLARENCE YOSHIKANE PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND (2) ALLOW AGENT AN ADMINISTRATIVE CLAIM FOR OUT-OF-POCKET EXPENSES** |
| | **[22596 Killy Street, Lake Forest, California 92630]** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court having read and considered the *Application of the Chapter 7 Trustee for Authorization to: (1) Employ Real Estate Broker (Berkshire Hathaway HomeServices California Properties) and Agent Clarence Yoshikane Pursuant to 11 U.S.C. §§ 327 and 328; and (2) Allow Agent an Administrative Claim for Out-of-Pocket Expenses* filed on March 8, 2024, as Docket #44 ("Application")[1] and with good cause shown,

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Application.

**IT IS ORDERED:**

1. The Application is approved.

2. The Trustee is authorized to employ the Broker and the Agent as an expense of the Estate pursuant to 11 U.S.C. §§ 327 and 328, to market and sell the Estate's interest in the Property upon the terms and conditions set forth in the Application and in the Listing Agreement attached as Exhibit 1 to the Application, and to execute the Listing Agreement and any and all other ancillary documents necessary to list the Property for sale.

3. The Agent is allowed an administrative claim in the Case of up to $15,000, which can be paid through escrow from the proceeds of sale of the Property.

###

Date: March 29, 2024

Theodor C. Albert
United States Bankruptcy Judge

2