| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@go2.law<br>Ryan W. Beall, State Bar No. 313774<br>rbeall@go2.law<br>**GOLDEN GOODRICH LLP**<br>3070 Bristol Street, Suite 640<br>Costa Mesa, California 92626<br>Telephone    714-966-1000<br>Facsimile    714-966-1002<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>STACY ODINE CORBAN,<br><br><br>Debtor. | CASE NO.: 8:23-bk-11139-TA<br>CHAPTER: 7 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  July 9, 2024<br>HEARING TIME: 11:00 a.m.<br><br>☐ **Movant intends to appear in person** |

**Movant:**  Weneta M.A. Kosmala, Chapter 7 Trustee

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > *Notice of Hearing on Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Back-up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Ordinary Costs of Sale* [Docket 50]

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

5. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

9. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL:   https://cacb.zoomgov.com/j/1619686023

    Meeting ID:    161 968 6023

    Password:      201639

    Telephone:     1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: June 14, 2024

GOLDEN GOODRICH LLP
Printed name of law firm (if applicable)

Ryan W. Beall
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 14, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 14, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforupcty.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**
~~Stacy Odine Corban~~
~~22596 Killy St~~
~~Lake Forest, CA 92630-4619~~
**~~DEBTOR~~**
MAIL RETURNED 2/27/24 UTF

Bank of America, N.A.
Attn:  President
100 N Tryon St
Charlotte, NC 28202

Bank of America
c/o Carrington Mortgage Services
1600 South Douglass Road
Anaheim, CA 92806-5948

Bank of America, N.A.
c/o CT Corporation System, Agent for Service
Amanda Garcia
330 N Brand Blvd., Suite 700
Glendale, CA 91203

Bank of America, N.A.
c/o Josephine E. Salmon, Esq.
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

David Harris
1141 Summerview Lane
Huntington Beach, CA 92648-4155

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

GBKD Inc.
George Earl Barr Jr.
26840 Aliso Viejo Pkwy #120
Aliso Viejo, CA 92656

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Lake Forest II Master HOA
24752 Toledo Lane
Lake Forest, CA 92630-2318

Lake Forest II Master
Homeowners Association
Attn: Collections Administrator
24752 Toledo Lane
Lake Forest, CA 92630

Lake Forest II Master
Homeowners Association
c/o Corey L. Todd, Esq.
Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

(p) Office of General Counsel
US Dept of Housing & Urban Development, Reg IX
One Sansome Street, Suite #1200
San Francisco Ca 94104-4448

The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

| | |
|---|---|
| US Department of Housing and Urban Development<br>1 Sansome Street, 12th Floor<br>San Francisco, CA 94104-4430 | U.S. Department of Housing and Urban Development<br>c/o Ruth Ann Lambert<br>Default Specialist<br>ISN Corporation<br>2000 N. Classen Blvd., Suite 3200<br>Oklahoma City, OK 73106 |

**SERVED BY EMAIL:**
Clarence.Yoshikane@gmail.com
j_toyama@verizon.net
antonia@aaescrow.com (Antonia Delgado at A & A Escrow)
kevinsayles@ltic.com (Kevin Sayles at Lawyers Title)
vanessia.martinez@LTIC.com (Vanessia Martinez at Lawyers Title)
jsalmon@aldridgepite.com (Josephine E. Salmon at Aldridge Pite
Abigail.F.Greenspan@hud.gov
PCLegal@hud.gov