| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden, State Bar No. 133040<br>jgolden@go2.law<br>Ryan W. Beall, State Bar No. 313774<br>rbeall@go2.law<br>GOLDEN GOODRICH LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, California 92626<br>Telephone 714-966-1000; Facsimile 714-966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 7 Trustee Weneta M.A. Kosmala | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>STACY ODINE CORBAN, | CASE NO.: 8:23-bk-11139-TA |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | **NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** 07/09/2024 | **Time:** 11:00 am |
|---|---|
| **Location:** United States Bankruptcy Court, Courtroom 5B, 411 West Fourth Street, Santa Ana, California 92701 | |

**Type of Sale**:  ☒ Public   ☐ Private      **Last date to file objections**: 06/25/2024

**Description of property to be sold:** All of the Debtor's right, title and interest in 22596 Killy Street, Lake Forest, California 92630; APN: 614-202-48.

**Terms and conditions of sale**: See attached Notice of Hearing on Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 363(m); (4) Authorizing Payment of Ordinary Costs of Sale ("Notice").

**Proposed sale price**: $ 900,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):** Overbid increments: $5,000.00 initial / $1,000.00 thereafter. $55,000.00 earnest money deposit.  See attached Notice regarding the overbid procedures.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Sale Date: July 9, 2024 at 11:00 a.m.
Location
United States Bankruptcy Court
Central District of California, Santa Ana Division
411 West Fourth Street, Santa Ana, California 92701
Judge Albert will conduct the hearing remotely using ZoomGov audio and video.  Video and audio connection information for the hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=TA.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Ryan W. Beall
Golden Goodrich LLP
3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
(714) 966-1000 tel.; (714) 966-1002 fax
rbeall@go2.law

Clarence Yoshikane
Berkshire Hathaway HomeServices California Properties
1400 Newport Center Drive, Suite 200, Newport Beach, CA 92660
(714) 606-5765
clarence.yoshikane@gmail.com

Date:  06/14/2024

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 6004-2.NOTICE.SALE**

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11139-TA |
| STACY ODINE CORBAN, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br>**(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br>**(2) APPROVING OVERBID PROCEDURES;**<br>**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND**<br>**(4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS AND OTHER ORDINARY COSTS OF SALE**<br><br>**[22596 Killy Street, Lake Forest, California 92630, APN 614-202-48]**<br><br>**DATE:    July 9, 2024**<br>**TIME:    11:00 a.m.**<br>**PLACE:    Courtroom 5B/Via ZoomGov**<br>**411 West Fourth Street**<br>**Santa Ana, California 92701** |

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

TO THE DEBTOR, CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on **July 9, 2024, at 11:00 a.m.** in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, California, in Courtroom 5A, the Court will hold a hearing on the *Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale* ("Motion")[1] filed by Weneta M.A. Kosmala, the chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Stacy Odine Corban ("Debtor"), which seeks an order:

1.      finding that notice of the Motion was proper and adequate;

2.      finding that the Trustee's marketing of the Property was adequate and proper;

3.      approving the Purchase Agreement (defined below) and the sale of the real property located at 22596 Killy Street, Lake Forest, California 92630, APN: 614-202-48 ("Property"), as is, where is, with all faults, without warranty or recourse, but free and clear of any and all liens, claims, and interests (described below), together with all improvements, as well as all easements and appurtenances pursuant to 11 U.S.C. §§ 363(b) and (f);

a.      to GBKD Inc. ("Buyer"), whose address is 24050 Aliso Creek Rd Ste #200, Laguna Niguel, California 92677, for $900,000.00 ("Purchase Price") pursuant to the terms of the *Residential Purchase Agreement and Joint Escrow Instructions*, *Addendum to Purchase Agreement*, and *Addendum No. One* (together, "Purchase Agreement") attached as Exhibit 6 to the Motion; or

b.      to the successful bidder whose purchase offer for the Property is accepted by the Trustee at the hearing on the Motion;

4.      approving the overbid procedures set forth in the Motion as summarized below;

5.      approving the Buyer, the successful bidder, and the back-up bidder as a "good faith" purchaser under § 363(m) of the Bankruptcy Code;

6.      authorizing the return of any Overbid Deposit without further court order to those whose bids are not deemed to be the Successful Bid;

7.      authorizing the Trustee to pay, from the Net Proceeds, any tax liability to the Estate from the sale;

8.      authorizing the Trustee to pay, through escrow, from the proceeds of the sale and without further order of the Court: (1) any undisputed portion of the Bank of America Lien, the HUD Lien and the HOA Lien; (2) real property taxes and assessments prorated as of the close of escrow; (3) the broker's commission; and (4) any escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Golden Goodrich LLp
2070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

payable by the Trustee pursuant to the Purchase Agreement or in accordance with local custom, including the Agent's Administrative Claim;

9.    determining that the sales proceeds remaining after payment of the items set forth above ("Net Proceeds") will not be disbursed without further order of this Court;

10.    authorizing the Trustee to take any and all necessary actions to consummate the sale of the Property;

11.    waiving any requirements for lodging periods of the order approving the Motion imposed by Local Bankruptcy Rule 9021-1 and any other applicable bankruptcy rules; and

12.    waiving the stay of the order approving the Motion imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules.

Any tax liability resulting from the sale may be offset by other losses of the Estate and the administrative costs of administration of the Estate, and will be paid from the net sale proceeds.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to sell the Property free and clear of any and all liens, claims, and interests.  According to the Preliminary Report prepared by Fidelity National Title Company with an effective date of May 24, 2024 ("Title Report"), a copy of which is attached as Exhibit 4 to the Motion, the following items have been recorded against the Property:

Item A – property taxes for fiscal year 2024-2025, a lien not yet due and payable;
Items B, C – intentionally left blank;
Item D - the lien of supplemental or escaped assessments of property taxes, if any, made pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the California Revenue and Taxation Code;
Items 1 – 6 – water rights, covenants, conditions, restrictions and easements;
Item 7 - a deed of trust to secure an original indebtedness of $417,302.00 owing to Mortgage Electronic Registration Systems, Inc. (MERS), solely as nominee for Bank of America, N.A., its successors and/or assigns, recorded July 2, 2009, as Recording No. 2009000350905 of Official Records, as modified by an agreement recorded February 1, 2013, as Recording No. 2013000069701, the beneficial interest of which was assigned to Bank of America NA, recorded May 2, 2013, as Recording No. 2013000265596 of Official Records ("Bank of America Lien");
Item 8 – a deed of trust to secure an original indebtedness of $103,630.40 owing to Secretary of Housing and Urban Development, recorded April 5, 2012, as Recording No. 2012000193194, of Official Records ("HUD Lien");
Item 9 – notice of delinquent assessments and lien payable to the Lake Forest II Master Homeowners Association, recorded October 15, 2014, as Recording No. 2014000418100, of Official Records ("HOA Lien");
Item 10 – an abstract of judgment in the amount of $21,648.00 owing to Lake Forest II Master Homeowners Association, recorded August 9, 2021, as Recording No. 2021000499099, of Official Records ("HOA Judgment");
Items 11-12 – intentionally deleted;
Item 13 – requirement for proposed reconveyance; and
Item 14 – a deed of trust from Daniel W.  Corban to Stacy Odine Corban, recorded December 4, 2023, as Recording No. 2023-299579.

The Bank of America Lien, the HUD Lien, the HOA Lien and the HOA Judgment are undisputed.  Pursuant to the Purchase Agreement, real property taxes and assessments are to be prorated between the Trustee and the Buyer through escrow as of the closing.  *See* Kosmala Decl.

According to the Court's register of claims, a copy of which is attached as Exhibit 5 to the Motion, the following relevant proofs of claim have been filed:

| Claim Number | Claimant | Date Filed | Claim Amount/ Classification | Basis |
|---|---|---|---|---|
| 1-1 | U.S. Department of Housing and Urban Development | 6/5/2023 | $103,630.40 – secured | Recordation of deed of trust |
| 2-1 | Bank of America, N.A. (Carrington Mortgage Services, LLC) | 6/22/2023 | $402,349.38 - secured | Recordation of deed of trust |

Claim 1-1 ("HUD Claim") filed by U.S. Department of Housing and Urban Development ("HUD") asserts a secured claim against the Property in the amount of $103,630.40.

Claim 2-1 ("Carrington Claim") filed by Bank of America, N.A. (c/o Carrington Mortgage Services, LLC ("Carrington") asserts a secured claim against the Property in the amount of $402,349.38.

The Trustee reserves the right to object to the validity, scope and priority of any disputed liens, claims and interest that have been or will be asserted against the Property.

Below is a calculation of the approximate net sale proceeds to the Estate:

| | | |
|---|---|---|
| Purchase Price | | $900,000 |
| Buyer's initial deposit held by Trustee | $50,000.00 | |
| Bank of America (Carrington) Loan Payoff | $402,349.38 | |
| HUD Payoff | $103,630.40 | |
| HOA Payoff | $24,491.00 | |
| HOA Credit | | 5.60 |
| County Taxes | $892.30 | |
| Broker commission | $36,000.00 | |
| Agent's Administrative Claim | $15,074.95 | |
| Title, taxes, recording charges | $4,104.00 | |
| Escrow charges | $2,100.00 | |
| Total | $950,005.60 | |
| **Approximate Net proceeds** | **$311,363.57 (including deposit held by Trustee)** | |

**PLEASE TAKE FURTHER NOTICE that all overbids must be in writing and must be submitted to the Trustee's counsel whose address is listed in the top left hand corner of the first page of the instant Notice.  Overbids are due by 4:00 p.m., Pacific Standard Time, two days prior to the scheduled hearing.**

**PLEASE TAKE FURTHER NOTICE** that the overbid procedures sought to be approved by the Court are as follows:

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1.      Qualifying bidders ("Qualifying Bidder") shall:

a.      Bid at least $905,000 in cash for the Property;

b.      Set forth in writing the terms and conditions of the offer that are at least as favorable to the Trustee as those set forth in the Purchase Agreement attached as Exhibit 6 to the Motion;

c.      Be financially qualified, in the Trustee's exercise of her sound business judgment, to close the sale as set forth in the Purchase Agreement;

d.      Submit an offer that does not contain any contingencies to closing the sale, including, but not limited to, financing, inspection, or repair contingencies;

e.      Submit a cash deposit in the amount of $55,000.00 ($50,000.00 plus $5,000.00) ("Overbid Deposit") payable to Weneta M.A. Kosmala, Chapter 7 Trustee for the Bankruptcy Estate of Stacy Odine Corban, in the form of a cashier's check, which Overbid Deposit shall be non-refundable if the bid is deemed to be the Successful Bid, as defined in paragraph 4 below.  The Overbid Deposit, written offer, and evidence of financial qualification must be delivered to the Trustee (at the address shown in the upper left-hand corner of the first page of this Motion) by no later than **4:00 p.m.**, Pacific Standard Time, two business days prior to the hearing on the Motion ("Overbid Deadline").  In her absolute and sole discretion, the Trustee shall have the right to accept additional overbids submitted prior to the hearing but after the Overbid Deadline.

2.      At the hearing on the Motion, only the Buyer and any party who is deemed a Qualifying Bidder shall be entitled to bid.

3.      Any incremental bid in the bidding process shall be at least $1,000.00 higher than the prior bid.

4.      At the hearing on the Motion and upon conclusion of the bidding process, the Trustee shall decide, subject to Court approval, which of the bids is the best bid, and such bid shall be deemed to be the "Successful Bid."  The bidder who is accepted by the Trustee as the successful bidder ("Successful Bidder") must pay all amounts reflected in the Successful Bid in cash at the closing of the sale. At the hearing on the Motion, and upon conclusion of the bidding process, the Trustee may also acknowledge a back-up bidder ("Back-Up Bidder") which shall be the bidder with the next best bid.  Should the Successful Bidder fail to close escrow on the sale of the Property, the Trustee may sell the Property to the Back-Up Bidder without further Court order.

5.      Overbids shall be all cash and no credit shall be given to the purchaser or overbidder(s).

6.      Upon the conclusion of the auction, any Overbid Deposits, other than the deposits submitted by the Successful Bidder and the Back-Up Bidder, will be promptly returned.  The deposit of the Back-Up Bidder will be returned promptly following the close of escrow for the sale of the Property to the Successful Bidder.

**Golden Goodrich LLp**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

7.    In the event the Buyer is not the Successful Bidder, then the Successful Bidder shall reimburse the Buyer up to $1,000.00 in costs incurred. Only a physical inspection, termite inspection and loan appraisal are reimbursable expenses.  Monies are to be collected by Escrow.  Proof of monies spent shall be given to the Successful Bidder.

The Motion is based upon the Memorandum of Points and Authorities, the Declarations of Weneta M.A. Kosmala, Clarence Yoshikane and George Earl Barr Jr, and the Exhibits attached to the Motion, all pleadings, papers and records on file with the Court, and on such other evidence, oral or documentary, as may be presented to the Court at the time of the hearing on the Motion.

Judge Albert will conduct the hearing remotely using ZoomGov audio and video.  Video and audio connection information for the hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=TA.

**Your Rights May Be Affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

**Deadline for Opposition Papers.**  The Motion is being heard on regular notice pursuant to LBR 9013-1.  If you wish to oppose the Motion, you must file a written response with the Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than **14 days** prior to the above hearing date.  If you fail to file a written response to the Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

**Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure.**  The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

**PLEASE TAKE FURTHER NOTICE** that any party requesting a copy of the Motion or any supporting documents filed with the Court with respect to the Motion may contact counsel for the Trustee, Ryan W. Beall, Golden Goodrich LLP by email at rbeall@go2.law, by mail at 3070 Bristol Street, Suite 640, Costa Mesa, California 92626, or by telephone at (714) 966-1000.

GOLDEN GOODRICH LLP

Dated:  June 14, 2024

By:  _/s/ Ryan W. Beall_____
    Jeffrey I. Golden
    Ryan W. Beall
    Attorneys for Chapter 7 Trustee
    Weneta M.A. Kosmala

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(B) AND (F); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(M); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS AND OTHER ORDINARY COSTS OF SALE [22596 KILLY STREET, LAKE FOREST, CALIFORNIA 92630, APN 614-202-48]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **June 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 14, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 14, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|:---:|:---:|:---:|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ryan W Beall    rbeall@go2.law,
kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

~~Stacy Odine Corban~~
~~22596 Killy St~~
~~Lake Forest, CA 92630-4619~~
**DEBTOR**
MAIL RETURNED 2/27/24 UTF

Bank of America, N.A.
Attn:  President
100 N Tryon St
Charlotte, NC 28202

Bank of America
c/o Carrington Mortgage Services
1600 South Douglass Road
Anaheim, CA 92806-5948

Bank of America, N.A.
c/o CT Corporation System, Agent for Service
Amanda Garcia
330 N Brand Blvd., Suite 700
Glendale, CA 91203

Bank of America, N.A.
c/o Josephine E. Salmon, Esq.
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

David Harris
1141 Summerview Lane
Huntington Beach, CA 92648-4155

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

GBKD Inc.
George Earl Barr Jr.
26840 Aliso Viejo Pkwy #120
Aliso Viejo, CA 92656

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Lake Forest II Master HOA
24752 Toledo Lane
Lake Forest, CA 92630-2318

Lake Forest II Master
Homeowners Association
Attn: Collections Administrator
24752 Toledo Lane
Lake Forest, CA 92630

Lake Forest II Master
Homeowners Association
c/o Corey L. Todd, Esq.
Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

(p) Office of General Counsel
US Dept of Housing & Urban Development, Reg IX
One Sansome Street, Suite #1200
San Francisco Ca 94104-4448

The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

US Department of Housing and Urban
Development
1 Sansome Street, 12th Floor
San Francisco, CA 94104-4430

U.S. Department of Housing and Urban
Development
c/o Ruth Ann Lambert
Default Specialist
ISN Corporation
2000 N. Classen Blvd., Suite 3200
Oklahoma City, OK 73106

**SERVED BY EMAIL:**
Clarence.Yoshikane@gmail.com
j_toyama@verizon.net
antonia@aaescrow.com (Antonia Delgado at A & A Escrow)
kevinsayles@ltic.com (Kevin Sayles at Lawyers Title)
vanessia.martinez@LTIC.com (Vanessia Martinez at Lawyers Title)
jsalmon@aldridgepite.com (Josephine E. Salmon at Aldridge Pite
Abigail.F.Greenspan@hud.gov
PCLegal@hud.gov

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 3070 Bristol Street, Suite 640,Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/14/2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/14/2024 | David M. Fitzgerald | *David M. Fitzgerald* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ryan W Beall    rbeall@go2.law,
kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov