1 | Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
2 | **ALDRIDGE PITE, LLP**
3333 Camino Del Rio South, Suite 225
3 | San Diego, CA 92108
Telephone: (858) 750-7600
4 | Facsimile: (619) 590-1385

5 | Attorneys for *Respondent/Secured Creditor*
BANK OF AMERICA, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>STACY ODINE CORBAN,<br><br>Debtor. | Case No. 8:23-bk-11139-TA<br><br>Chapter 7<br><br>**CONDITIONAL NON-OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br>**(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C §§ 363(b) AND (f);**<br>**(2) APPROVING OVERBID PROCEDURES;**<br>**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND**<br>**(4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS AND OTHER ORDINARY COSTS OF SALE**<br><br>DATE: July 9, 2024<br>TIME: 11:00 a.m<br>CTRM: 5B<br><br>411 West Fourth Street<br>Santa Ana, California  92701 |

- 1 -   CASE NO 8:23-bk-11139-TA
**CONDITIONAL NON-OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**

Bank of America, N.A. ("Bank of America"), a secured creditor of the above-referenced bankruptcy estate of the debtor Stacy Odine Corban ("Debtor"), hereby submits this conditional non-opposition ("Conditional Non Opposition") to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale ("Motion to Sell") filed by the Chapter 7 Trustee Weneta M.A. Kosmala (the "Trustee") based on the following:

## I.    STATEMENT OF FACTS[1]

1. On June 29, 2009, Debtor and Daniel W. Corban (collectively, the "Borrowers") executed a promissory note in the principal sum of $417,302.00 (the "Note"). The Note is indorsed in blank. The Note is secured by a deed of trust (the "Deed of Trust") executed by Debtor and on the real property located at 22596 Killy Street, Lake Forest, California 92630-4619 (the "Property"). The Deed of Trust reflects that it was duly recorded. Copies of the Note and Deed of Trust are attached to Bank of America's proof of claim filed on the Court's claims register ("CCR") as claim number 2. The Note and Deed of Trust are referred to collectively herein after as the Subject Loan.

2. The beneficial interest in the Deed of Trust was subsequently assigned to Bank of America. A copy of the Assignment of Deed of Trust is attached to Bank of America's proof of claim filed on the CCR as claim number 2.

3. On or about March 26, 2012, Borrowers executed a Partial Claim Subordinate Note and Deed of Trust and entered into a Loan Modification Agreement which modified the terms of the Subject Loan. Copies of the Subordinate Note, Deed of Trust and Loan Modification

---

[1] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Bank of America requests that the Court take judicial notice of the documents and other records on file in the instant case including those documents attached in support of Bank of America's proof of claim filed on the Court's claims register as claim number 2.

Agreement are attached to Bank of America's proof of claim filed on the CCR as claim number 2.

4. On June 2, 2023, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, and was assigned case number 8:23-bk-11139-TA.

5. On June 22, 2023, Bank of America filed a proof of claim in Debtor's bankruptcy case regarding the Subject Loan reflecting a total secured claim in the amount of $402,349.38 and pre-petition arrears in the amount of $148,244.73. (See CCR, Claim No. 2).

6. Carrington Mortgage Services, LLC ("Carrington") is the servicing agent for the Subject Loan on behalf of Bank of America.

7. On August 28, 2023, the case converted to one under chapter 7 of the Code and the Trustee was appointed.

8. On June 14, 2024, the Trustee filed the Motion to Sell requesting authorization to sell the Subject Property free and clear of liens for a purchase price of $900,000.00, subject to overbid (See Docket No. 49). The Motion to Sell indicates that Bank of America's lien is in the approximate amount of $402,349.38, that Bank of America's lien is undisputed and will be paid in full from the sale of the Property.

9. As of July 1, 2024, the estimated amount required to pay off Bank of America's first position lien is $431,460.26. This is an estimated payoff and a final payoff demand must be requested by escrow prior to closing.

## II. RESPONSE

**BANK OF AMERICA DOES NOT OPPOSE THE TRUSTEE'S MOTION TO SELL ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

1. Bank of America's consent to the Motion to Sell is contingent upon the payment of Bank of America's first priority lien on the Property in full from the proceeds of the sale pursuant to an updated payoff demand;

2. Bank of America is authorized to submit an updated payoff demand to the

appropriate escrow company facilitating the sale closer in time to the closing of the proposed sale;

    3. Bank of America's lien shall immediately attach to the sale proceeds from the Property with the same force and effect, and in the same priority, validity and scope as its lien;

    4. To the extent that the Trustee disputes any amounts which Bank of America claims is owed on the Subject Loan, the undisputed amount of Bank of America's claim shall be paid at the close of the sale and the disputed amount of Bank of America's claim shall be segregated in an interest bearing account with an additional $3,000.00 in sale proceeds pending further order of the bankruptcy court to allow for Bank of America's potential recovery of any of its reasonable attorney's fees and costs incurred to the extent that Bank of America successfully establishes its right to the disputed amount due on its claim;

    5. Bank of America's claim shall not be surcharged in any way with the costs of the sale or any other administrative claims, costs or expenses in connection with the sale of the Property; and

    6. In the event that the sale of the Property does not take place and/or Bank of America's lien is not paid in full from the proceeds of the sale of the Property pursuant to an updated payoff demand, then Bank of America shall retain its lien for the full amount due under the Subject Loan.

Based on the foregoing, Bank of America submits its Conditional Non-Opposition to the Trustee's Motion to Sell, and respectfully requests that the above-referenced provisions be included in any Order granting the Trustee's Motion to Sell.

Dated: July 2, 2024        ALDRIDGE PITE, LLP

        /s/ *Joseph C. Delmotte* (SBN 259460)
        Joseph C. Delmotte
        Attorneys for *Respondent/Secured Creditor*
        BANK OF AMERICA, N.A..

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3333 Camino Del Rio South, Suite 225  San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **CONDITIONAL NON-OPPOSITION TO TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.W.C. 363(m); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS AND OTHER ORDINARY COSTS OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __July 2, 2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR DEBTOR:**
Benjamin Heston  bhestonecf@gmail.com

**U.S. TRUSTEE:**
U.S. Trustee  ustpregion16.sa.ecf@usdoj.gov

**TRUSTEE:**
Weneta M.A. Kosmala  wkosmala@txitrustee.com

**ATTORNEY FOR TRUSTEE:**
Ryan W Beall  rbeall@go2law.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 2, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE**
Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

**DEBTOR:**
Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2024 | Michael Leewright | /s/ Michael Leewright |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE