United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 23-11139-TA

Stacy Odine Corban                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                      User: admin                      Page 1 of 1

Date Rcvd: Jul 12, 2024                   Form ID: pdf042                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor BANK OF AMERICA  N.A. ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 6

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

FILED & ENTERED

JUL 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11139-TA |
| STACY ODINE CORBAN, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br>(1) **AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br>(2) **APPROVING OVERBID PROCEDURES;**<br>(3) **APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND**<br>(4) **AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS AND OTHER ORDINARY COSTS OF SALE**<br><br>**[22596 Killy Street, Lake Forest, California 92630, APN 614-202-48]**<br><br>**DATE:**    **July 9, 2024**<br>**TIME:**    **11:00 a.m.**<br>**PLACE:**    **Courtroom 5B/Via ZoomGov**<br>         **411 West Fourth Street**<br>         **Santa Ana, California 92701** |

MOTION

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    On July 9, 2024, at 11:00 a.m., the Court held a hearing regarding the *Chapter 7*

2    *Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens,*

3    *Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid*

4    *Procedures; (3) Approving Buyer, Successful Bidder, and Back-up Bidder as Good-Faith*

5    *Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed*

6    *Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale* [Dkt. 49]

7    ("Motion")[1] filed by Weneta M.A. Kosmala, the chapter 7 trustee ("Trustee") for the

8    bankruptcy estate ("Estate") of Stacy Odine Corban ("Debtor").  Appearances were as

9    noted in the record.

10    The Court, having considered the Motion and related pleadings, no opposition to

11    the Motion having been filed, and good cause appearing, hereby ORDERS as follows:

12    1.    The Motion is granted in its entirety.

13    2.    The overbid procedures outlined in the Motion are approved.

14    3.    The Trustee is authorized to sell the real property located at 22596 Killy

15    Street, Lake Forest, California 92630 ("Property") to GBKD Inc. and/or assigns ("Buyer")

16    for the sum of $900,000.00 ("Purchase Price") on the terms set forth in the Motion.  The

17    Property is legally described as follows:

18    THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF ORANGE, STATE OF
CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

19
20    LOT 71 OF TRACT NO. 7428, IN THE CITY OF LAKE FOREST, COUNTY OF ORANGE,
STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 295, PAGE(S) 18-23
INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF
SAID COUNTY.

21
22    EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON
SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE
ENTRY, AS RESERVED IN DEED RECORDED IN BOOK 10379, PAGE 65 OFFICIAL

23    RECORDS OF SAID ORANGE COUNTY.

24    APN:  614-202-48

25    4.    The terms of the Purchase Agreement attached to the Motion as Exhibit 6

26    are approved and the Trustee is authorized to sell the Property to the Buyer "as is,"

27    _____

28    [1] Capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

2

"where is," "with all faults," and without warranty or recourse, but free and clear of any and all liens, claims, and interests, together with all improvements, as well as all easements and appurtenances, pursuant to 11 U.S.C. § 363(b) and (f).

5.    The Trustee is authorized to pay, directly through escrow, from the proceeds of the sale of the Property and without further order of the Court:

(i) the Bank of America Lien (Recording No. 2009000350905 and No. 2013000265596 of Official Records) will be paid in full as of the date of the closing of the sale;

(ii) the HUD Lien (Recording No. 2012000193194 of Official Records) will be paid in full as of the date of the closing of the sale;

(iii) the HOA Lien (Recording No. 2014000418100 of Official Records) will be paid in full as of the date of the closing of the sale;

(iv) the HOA Judgment (Recording No. 2021000499099 of Official Records) will be paid in full as of the date of the closing of the sale;

(v) real property taxes and assessments prorated as of the close of escrow;

(vi) the broker's commission;

(vii) any escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses payable by the Trustee pursuant to the Purchase Agreement or in accordance with local custom; and

(viii) the Agent's Administrative Claim in the amount of $12,693.00;

6.    The sales proceeds remaining after payment of these items shall constitute the net sale proceeds ("Net Proceeds").  The Net Proceeds will not be disbursed without further order of this Court.

7.    The Buyer is deemed a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

8.    All rights to object to the validity, scope and priority of all disputed liens, claims and interests are reserved to the Trustee.

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

3

9.      The Trustee is authorized and empowered to execute and deliver on behalf of the Bankruptcy Estate any and all documents reasonably necessary to implement the terms of the sale and to take any and all necessary actions to consummate the sale of the Property.

10.      The Trustee is authorized to pay any tax liability to the Bankruptcy Estate resulting from the Sale.

11.      The fourteen-day stay of this order set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived.

12.      The Court shall retain jurisdiction to adjudicate any disputes that may arise in connection with the sale of the Property.

IT IS SO ORDERED.

### 

Date: July 12, 2024

Theodor C. Albert
United States Bankruptcy Judge

Golden Goodrich LLp
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

4