Weneta M.A. Kosmala
**c/o LAW OFFICES OF WENETA M.A. KOSMALA**
Jamboree Plaza
4425 Jamboree, Suite 183
Newport Beach, CA 92660
(714) 708-8190 (Tel)
(949) 382-1445 (Fax)
sdk@txitrustee

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-BK-11139-TA |
| Stacy Odine Corban, | Chapter 7 |
| Debtor(s). | **REPORT OF SALE OF PROPERTY OF THE ESTATE** |

Weneta M.A. Kosmala ("Trustee"), Chapter 7 trustee of the bankruptcy estate ("Estate") of **Stacy Odine Corban** ("Debtor"), submits the following report concerning the sale of Estate property as required under Fed.R.Bankr.P. 6004(f)(1) and Local Bankruptcy Rule 6004-1(g):

Date of Order Approving Sale:　**July 12, 2024**
Docket No. of Order Approving Sale:　**56**
Property Description:　**Real Property located at 22596 Killy Street, Lake Forest, CA 92630**

Name(s) of Purchaser(s):　**GBKD Inc.**
Price Received:　**$900,000**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: September 25, 2024　　　 /s/Weneta M.A. Kosmala
　　　　　　　　　　　　　　　　　　Weneta M.A. Kosmala
　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4425 Jamboree Rd, Suite 183
Newport Beach, CA  92660

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF SALE OF PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/25/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  **Ryan W Beall**    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
  **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
  **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
  **Weneta M.A. Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
  **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/25/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Stacy Odine Corban**
22596 Killy St.
Lake Forest, CA 92630-4619

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/25/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Clarence Yoshikane (Berkshire Hathaway HomeServices) - email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/25/2024 | Stefan Kosmala-Dahlbeck | /s/ Stefan Kosmala-Dahlbeck |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**