1  **GOLDEN GOODRICH LLP**
   Jeffrey I. Golden, State Bar No. 133040
2  jgolden@go2.law
   Ryan W. Beall, State Bar No. 313774
3  rbeall@go2.law
   3070 Bristol Street, Suite 640
4  Costa Mesa, California 92626
   Telephone    714-966-1000
5  Facsimile    714-966-1002

6  Attorneys for Chapter 7 Trustee
   Weneta M.A. Kosmala

7

8              **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10 | In re | Case No. 8:23-bk-11139-TA |

11 | STACY ODINE CORBAN, | Chapter 7 |

12 |                    Debtor. | **FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF GOLDEN GOODRICH LLP, COUNSEL FOR THE TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RYAN W. BEALL IN SUPPORT** |

13

14

15

16 | | [To be heard concurrently with the Trustee's final report] |

17

18 **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

19 **JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR AND DEBTOR'S**

20 **COUNSEL; AND PARTIES IN INTEREST:**

21        Golden Goodrich LLP ("Firm"), attorneys of record for Jeffrey I. Golden, the

22 Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Stacy Odine Corban

23 ("Debtor"), submits its first and final application for allowance and payment of fees and

24 reimbursement of expenses ("Application") for the period from November 7, 2023 through

25 October 29, 2024, pursuant to 11 U.S.C. §§ 330 and 331, and respectfully represents as

26 follows:

27

28

Golden Goodrich LLP
850 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1

## I.    **INTRODUCTION**

2        The Firm has assisted, advised, and represented the Trustee in several important

3  aspects of the case, including (i) analyzing assets, liens and proofs of claim on file,

4  (ii) negotiating with Debtor regarding a homestead exemption, (iii) selling real property,

5  (iv) resolving issues regarding Debtor's cooperation and vacating the Property,

6  (v) employing professionals, and (vi) advising the Trustee regarding the legal aspects of

7  the administration of the Estate.  The Firm's efforts were necessary and have provided a

8  benefit to the Estate.  It is expected that allowed claims will receive a distribution as a

9  result of the efforts of the Trustee and the Firm.  Given the benefit provided and the

10  reasonableness of the fees, the Firm is entitled to compensation as set forth in this

11  Application.

12  ## II.    **STATEMENT OF FACTS**

13        On June 2, 2023 ("Petition Date"), the Debtor filed a voluntary Chapter 13

14  bankruptcy petition, commencing case no. 8:23-bk-11139-TA ("Case").  The Case was

15  converted to one under Chapter 7 on August 28, 2023, and Weneta M.A. Kosmala was

16  appointed Chapter 7 trustee.

17        The Trustee retained the Firm as her counsel to (i) analyze the Debtor's assets and

18  liabilities, advise the Trustee regarding these matters, and take appropriate action,

19  (ii) investigate possible unsecured creditors, (iii) if warranted, assist the Trustee in selling

20  real property, including preparing the necessary pleadings for the Court to approve the

21  terms of any such sale, participating in any hearings before this Court regarding the sale,

22  including any auction that may occur and, should the Court approve the sale, taking

23  actions necessary to close the sale, (iv) if appropriate, assist the Trustee in employing a

24  real estate broker to market and sell real property, and work with the broker to resolve any

25  related issues, (v) analyze any problematic claims and, if warranted, prepare objections,

26  (vi) provide general advice regarding the Bankruptcy Code and local bankruptcy rules,

27  and (vii) perform other general tasks as may be required.  The Firm's employment was

28  approved by order entered on February 9, 2024, effective November 7, 2023.  Dkt. 64.

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1  The Trustee also retained Berkshire Hathaway HomeServices California Properties

2  ("Broker") and agent Clarence Yoshikane ("Agent") pursuant to order entered March 29,

3  2024.  Dkt. 47.

4  **III.    CURRENT FEES AND EXPENSES REQUESTED**

5  In this Application, the Firm is requesting allowance and payment of $23,340.00 in

6  final fees for 62.50 hours of work performed from November 7, 2023 through October 29,

7  2024, and reimbursement of $577.71 in final expenses.

8  **IV.    CURRENT CASE STATUS**

9  The sale of real property generated approximately $250,000 in net proceeds for the

10  Estate.  The Trustee anticipates making a distribution to general unsecured creditors.

11  **V.    SUMMARY OF THE FIRM'S ACTIVITIES IN THE CASE AS COUNSEL TO**

12  **THE TRUSTEE**

13  Below is a chart which summarizes all time and corresponding fees incurred by the

14  Firm during this case.  Each category is described in further detail below.

| Category | Hours | Fees | Blended Rate |
|---|---|---|---|
| Asset Analysis and Recovery | 41.60 | $15,955.00 | $383.53 |
| Claims Analysis and Objections | 3.50 | $1,415.00 | $404.28 |
| Employment Application | 13.90 | $5,095.00 | $366.54 |
| Final Fee Application | 3.50 | $875.00 | $250.00 |
| **Total:** | **62.50** | **$23,340.00** | **$373.44** |

**A.    Asset Analysis and Recovery**

**[41.60 hours, $15,955.00, blended rate $383.53]**

1.    Initial Analysis of Assets and Liabilities

Upon being contacted by the Trustee regarding this case, the Firm reviewed the

pleadings on file and the Debtor's schedules, including the Debtor's interest in the real

property at 22596 Killy Street, Lake Forest, California 92630 ("Property") which the Debtor

scheduled with a stated value of $934,000.00 and liens totaling $534,847.68 ("Liens").

The Debtor claimed an exemption in the Property in the amount of $678,000.00 pursuant

to C.C.P. § 704.730 ("Claimed Exemption").

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    According to the Preliminary Report prepared by Fidelity National Title Company

2  with an effective date of May 24, 2024 ("Title Report"), the following relevant items had

3  been recorded against the Property:

4    Item 7 - a deed of trust to secure an original indebtedness of $417,302.00

5  owing to Mortgage Electronic Registration Systems, Inc. (MERS), solely as

6  nominee for Bank of America, N.A., its successors and/or assigns, recorded July 2,

7  2009, as Recording No. 2009000350905 of Official Records, as modified by an

8  agreement recorded February 1, 2013, as Recording No. 2013000069701, the

9  beneficial interest of which was assigned to Bank of America NA, recorded May 2,

10  2013, as Recording No. 2013000265596 of Official Records ("Bank of America

11  Lien");

12    Item 8 – a deed of trust to secure an original indebtedness of $103,630.40

13  owing to Secretary of Housing and Urban Development, recorded April 5, 2012, as

14  Recording No. 2012000193194, of Official Records ("HUD Lien");

15    Item 9 – notice of delinquent assessments and lien payable to the Lake

16  Forest II Master Homeowners Association, recorded October 15, 2014, as

17  Recording No. 2014000418100, of Official Records ("HOA Lien");

18    Item 10 – an abstract of judgment in the amount of $21,648.00 owing to

19  Lake Forest II Master Homeowners Association, recorded August 9, 2021, as

20  Recording No. 2021000499099, of Official Records ("HOA Judgment");

21    Items 11-12 – intentionally deleted;

22    Item 13 – requirement for proposed reconveyance; and

23    Item 14 – a deed of trust from Daniel W. Corban to Stacy Odine Corban,

24  recorded December 4, 2023, as Recording No. 2023-299579.

25  The Firm analyzed the Liens and advised the Trustee that the Bank of America

26  Lien, the HUD Lien, the HOA Lien and the HOA Judgment were undisputed.

27  The Firm also reviewed the following relevant proofs of claim:

28

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| Claim Number | Claimant | Date Filed | Claim Amount/ Classification | Basis |
|---|---|---|---|---|
| 1-1 | U.S. Department of Housing and Urban Development | 6/5/2023 | $103,630.40 – secured | Recordation of deed of trust |
| 2-1 | Bank of America, N.A. (Carrington Mortgage Services, LLC) | 6/22/2023 | $402,349.38 - secured | Recordation of deed of trust |

Claim 1-1 ("HUD Claim") filed by U.S. Department of Housing and Urban Development ("HUD") asserts a secured claim against the Property in the amount of $103,630.40.

Claim 2-1 ("Carrington Claim") filed by Bank of America, N.A. (c/o Carrington Mortgage Services, LLC ("Carrington") asserts a secured claim against the Property in the amount of $402,349.38.

### 2.    Condition of the Property

The Trustee and the Firm were informed by her agent that the Property, including the garage, was completely filled with trash that had been there for more than a year. Therefore, before the Property could be marketed for sale, all trash needed to be removed.  The Firm communicated with the Trustee, the Broker and counsel for the Debtor regarding the cleanup of the Property and the need for the Debtor to vacate.  The Firm also conferred with the Trustee and the Broker about the terms of the Broker's listing and employment.

### 3.    Waiver of Homestead Exemption

The Firm analyzed the Claimed Exemption, performed legal research on exemption issues, and communicated with counsel for the Debtor.  On February 16, 2024, the Debtor filed a Waiver of Homestead Exemption. See dkt. 43. As such, the Debtor does not assert an exemption in the Property.

### 4.    Sale of the Property

The Firm prepared the Trustee's *Application to Employ Coldwell Banker Residential Brokerage and Clarence Yoshikane as Real Estate Broker and Agent* ("Broker Application") [Dkt. 44] and related notice which were filed on March 8, 2024.  Through the Broker Application, the Trustee sought to employ the Broker as the Estate's real estate

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1   broker for the purpose of marketing and selling the Property.  The Application was

2   approved by order entered on March 29, 2024 [Dkt. 47].

3        The Agent began marketing the Property in or about March 2024.  The Firm

4   advised the Trustee on the offer of $900,000 for the Property, which the Trustee accepted,

5   and prepared the Trustee's *Motion for Order: (1) Authorizing Sale of Real Property Free*

6   *and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f);*

7   *(2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-up*

8   *Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing*

9   *Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary*

10  *Costs of Sale* ("Sale Motion") and related notices which were filed on June 14, 2024.

11  Hearing on the matter was set for July 9, 2024, and the Agent continued to market the

12  Property for overbids.

13       The Firm reviewed Bank of America's conditional non-opposition to the Sale

14  Motion, analyzed a potential overbid, and prepared for and appeared at the sale hearing.

15  hearing held on June 10, 2020.  No overbids were received and the Court approved the

16  Trustee's sale of the Property for $900,000.  The Firm prepared the order granting the

17  Sale Motion which the Court entered on July 12, 2024 (dkt. 56, "Sale Order") and

18  circulated the Sale Order to Fidelity National Title Company and escrow for comment and

19  approval.  The Firm also reviewed and revised the estimated closing statement.  Following

20  entry of the Sale Order, the Firm worked with title and escrow to ensure the sale closed

21  without delay.  The Trustee filed her Report of Sale on October 17, 2024.  Dkt. 63.

22       According to the final settlement statement, the sale of the Property resulted in net

23  proceeds of $248,598.85 to the Estate.

24       **B.    Claims Analysis and Objections**

25            **[3.50 hours, $1,415.00, blended rate $404.28]**

26       In this category, the Firm analyzed an issue relating to SCE's claim against the

27  Estate related to a disconnection notice and prepared a proof of claim for SCE based on

28  post-petition utilities provided at the Property.

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

C.  **Employment Applications**

**[13.90 hours, $5,095.00, blended rate $366.54]**

The Firm spent time in this category in connection with its employment, including preparing and filing the Trustee's application to employ the Firm, the notice thereon, the declaration regarding non-opposition, and the employment order.  The order entered February 9, 2024 authorized the Firm's employment.  The Firm also spent time preparing the Trustee's application and related pleadings in connection with the Trustee's employment of the Broker.  The order approving the Broker's employment was entered March 29, 2024.

D.  **Fee Application**

**[3.50 hours, $875.00, blended rate $250.00]**

In this category the Firm has reviewed and revised the Firm's invoices to comply with United States Trustee guidelines, communicated with the Trustee's office, and prepared this Application and the Trustee's declaration regarding the Application.

**VI.  ANALYSIS OF FEES AND COSTS**

From November 7, 2023 through October 29, 2024, the Firm has expended 62.50 hours representing the Trustee in this proceeding, as more particularly described in Exhibit "1" attached to the Declaration of Ryan W. Beall.  Exhibit "1" is a computerized invoice prepared by the Firm based on time records maintained by each professional performing services on behalf of the Trustee.  These records are maintained in the ordinary course of the Firm's business.

Set forth below are the Firm's hourly rates for the individuals rendering services on behalf of the Trustee, the amount of time each individual spent in representation of the Trustee, and a total fee.

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| Attorney or Paralegal | Hours | Hourly Rate | Period | Total |
|---|---|---|---|---|
| Ryan W. Beall, Attorney | 23.30 | $550 | 2024 | $12,815.00 |
| | 2.90 | $500 | 2023 | $1,450.00 |
| Claudia M. Yoshonis, Paralegal | 5.30 | $250 | 2023-2024 | $1,325.00 |
| Cynthia B. Meeker, Paralegal | 31.00 | $250 | 2023-2024 | $7,750.00 |
| **TOTAL HOURS:** | **62.50** | | **TOTAL FEES:** | **$23,340.00** |

The 62.50 hours resulted in total fees of $23,340.00, creating a blended hourly rate of $373.44.  The rates charged by the Firm are standard for the Firm on legal matters, without considering the size and degree of responsibility, difficulty, complexity or results achieved.  The rates at which the Firm charges its non-bankruptcy clients for similar services are the same.

In addition to the Firm's fees, from November 7, 2023 through October 29, 2024, the Firm has advanced out-of-pocket expenses totaling $577.71 as detailed in Exhibit "1" attached to the Declaration of Ryan W. Beall.  The Firm's costs are itemized as follows:

| | |
|---|---|
| Bulk postage | $43.41 |
| Court fee | $12.00 |
| Photocopies (.20 per page) | $84.20 |
| Filing fee | $199.00 |
| Recording fee | $231.00 |
| Online research PACER | $8.10 |
| Total: | $577.71 |

## VII.    POINTS AND AUTHORITIES ADDRESSING STANDARD FOR REVIEWING FEE APPLICATION AND REIMBURSEMENT OF EXPENSES

After notice and a hearing, the court may award an attorney or other professional employed by the estate pursuant to §§ 327 or 1103 "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses."  *See* 11 U.S.C. §§ 330(a)(1)(A) & (B).  In determining the reasonableness of the compensation requested, the court shall consider the following:

> [T]he nature, the extent, and the value of [the services provided], taking into account all relevant factors, including–
>
> (A) the time spent on such services;

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3)(A)-(E).

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *Burgess v. Klenske (In re Manoa Finance Co., Inc.)*, 853 F.2d 687, 691 (9th Cir. 1988). Factors ordinarily accounted for in either the hourly rate or the number of hours expended include: (1) the novelty and complexity of issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained. *See id.*

In this case, the factors set forth in § 330 are met.

### 1.    Time and Labor Required

From November 7, 2023 through October 29, 2024, the Firm expended a total of 62.50 hours in this case.  The above description of the history of this proceeding and the Firm's representation of the Trustee amply justify this expenditure of time.

### 2.    The Services Were Necessary or Beneficial

As set forth above, the Firm's services were necessary and beneficial.  The Firm negotiated, documented and obtained approval of a settlement with Debtors, the proceeds of which will be used to make a distribution in this case.

### 3.    Time Spent and Rate Charged Were Reasonable

#### a.    Novelty and Difficulty of the Questions

The Firm encountered various issues in this case as discussed in more detail above.  It is clear that the various issues in this case required the expertise and skills of the Firm.

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1          b.      Skill Required to Perform the Services Properly

2          The preceding remarks illustrate the necessity of the Firm's exceptional bankruptcy

3    knowledge and skills in fulfilling its obligations to the Trustee.

4          c.      The Quality of Representation

5          The narrative statement concerning the Firm's services reflects that the Firm

6    provided the highest quality of services to the Estate and the Trustee.

7          d.      The Result Obtained

8          The result of the Firm's services is set forth in detail in the narrative statement.

9          e.      Customary Fees

10         The rates charged by the Firm are normal charges for work performed on legal

11   matters, without considering size and degree of responsibility, difficulty, complexity, or

12   results achieved.

13         f.      Whether the Fee is Fixed or Contingent

14         As in all bankruptcy proceedings, the Firm's fees in connection with its

15   representation of the Trustee are subject to the discretion of the Court in determining the

16   value of the services rendered to the estate, and are subject to the availability of the funds

17   of the estate and are, accordingly, in effect contingent.

18         g.      Experience, Reputation and Ability of Counsel

19         The Firm's attorneys have extensive knowledge in insolvency, reorganization and

20   bankruptcy law.  The professionals of the Firm rendering services on behalf of the Trustee

21   have considerable experience and resources available which have greatly assisted them

22   in rendering the services which the Firm has been able to perform in this highly

23   specialized field.  Counsel with lesser experience or available resources might have

24   required additional time in order to render such services.

25         **RYAN W. BEALL** received his undergraduate degree in Political Science with a

26   minor in Human Communication from Trinity University in San Antonio, Texas in 2012,

27   and his law degree from University of California Irvine, School of Law in 2016. While at

28   law school, he served a judicial externship to the Honorable Brian E. Hill, Superior Court

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  of Santa Barbara, and a judicial externship to the Honorable Scott C. Clarkson, United

2  States Bankruptcy Judge for the Central District of California. Upon graduation, Mr. Beall

3  served a judicial clerkship for the Honorable Christopher M. Klein, United States

4  Bankruptcy Judge for the Eastern District of California from August 2016 to August 2018.

5        Mr. Beall's practice primarily relates to bankruptcy and insolvency matters. Mr.

6  Beall has represented bankruptcy trustees, chapter 11 debtors, secured and unsecured

7  creditors, and is especially focused on chapter 9 municipality bankruptcies, representing

8  multiple chapter 9 debtors.

9        Mr. Beall is also focused on the changing legal framework influenced by

10  cryptocurrency especially in insolvency matters. Mr. Beall's article Cryptocurrency in the

11  Law: An Analysis of the Treatment of Cryptocurrency in Bankruptcy was published in the

12  California Bankruptcy Journal in 2019.

13        **CLAUDIA YOSHONIS** received her undergraduate degree from San Diego State

14  University, and her law degree from Western State University of Law.  She served a

15  judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the

16  Central District of California, from 1987 through 1989.

17        **CYNTHIA B. MEEKER** received her undergraduate degree from California State

18  University at Fullerton in 1982, and obtained a certificate of legal assistantship from the

19  University of California at Irvine in 1988.

20                **4.    Professional Relationship with the Client**

21        The Trustee is a partner in the Firm.

22  **VIII.    NO FEE SHARING ARRANGEMENT**

23        In this case, the Trustee is also a partner in the Firm.  The Firm shares in whatever

24  compensation is received by the Trustee, and the Trustee shares in whatever

25  compensation is received by the Firm.  The Firm has no other fee sharing arrangement,

26  understanding, or compensation sharing arrangement with any other entity, and no part of

27  the attorneys' fees or expenses awarded to the Firm will be paid to any other entity.

28

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  **IX.**    **CONCLUSION**

2      **WHEREFORE**, the Firm respectfully requests that this Court enter its order:

3      1.      Allowing **$23,340.00** in final fees and **$577.71** in final expenses for the

4  period from November 7, 2023 through October 29, 2024;

5      2.      Authorizing the Trustee to pay, from funds on hand of the Estate, the

6  approved fees and expenses; and

7      3.      For such further relief as the Court may deem necessary and appropriate.

8

9                          Respectfully submitted,

10 Dated:  November 15, 2024          GOLDEN GOODRICH LLP

11

12                      By:  */s/ Ryan W. Beall*
                            RYAN W. BEALL
13                          Attorneys for Chapter 7 Trustee,
                            Weneta M.A. Kosmala

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1

2

### **DECLARATION OF RYAN W. BEALL**

3    I, Ryan W. Beall, declare as follows:

4    1.    I am an attorney in the law firm Golden Goodrich LLP ("Firm"), counsel of

5    record for Weneta M.A. Kosmala, the chapter 7 trustee ("Trustee") in this case.  The

6    following is within my personal knowledge, and if called upon as a witness, I could and

7    would testify competently with respect thereto.  I am submitting this declaration in support

8    of the *First and Final Application for Allowance and Payment of Fees and Reimbursement*

9    *of Expenses of Golden Goodrich LLP, Counsel for the Trustee* ("Application").

10    2.    In the ordinary course of its business, the Firm keeps a record of all time

11    expended by its professionals and para-professionals in the rendering of professional

12    services on a computerized billing system as follows:  At or near the time the professional

13    services are rendered, attorneys and other professionals of the Firm either: (1) record in

14    writing on a time sheet the client/matter name or number, the duration of time expended,

15    and a description of the nature of the services performed, or (2) input the time record,

16    including the client/matter number, duration of time expended, a description of the nature

17    of the services performed, and the initials of the professional rendering the service,

18    directly into the Firm's computer billing system.  For the professionals who record their

19    time using written time sheets, the information contained in the time sheets is then

20    transcribed into the Firm's computer billing system.  The Firm's computer billing system

21    keeps a record of all time spent on a client/matter, the professional providing the services

22    and a description of the services rendered.  The Firm's computer billing system

23    automatically multiplies the time expended by each professional by the respective

24    professional's billing rate to calculate the amount of the fee associated.  The Firm

25    conducts its business in reliance on the accuracy of such business records.

26    3.    I have reviewed the Firm's bills for services rendered in connection with its

27    representation of the Trustee in this case, a copy of which is attached hereto as

28    Exhibit "1."

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1331113.1

FEE APPLICATION

1        4.      It is the Firm's usual practice to allocate work and assignments in an efficient

2  manner to achieve an effective result.  As demonstrated in the Application, the practice

3  has been followed in this case.

4        5.      At any time a reimbursable charge is incurred on behalf of a client, such as

5  photocopy expenses, telecopy charges, and the like, employees of the Firm keep a written

6  record of the file number for which the charges were expended and a brief description of

7  the nature of the expense.  These records are also transcribed into the computer which,

8  together with the records of time spent providing professional services, are transcribed

9  onto monthly bills.

10        6.      With respect to costs for the reproduction of documents, the photocopy

11  operator must manually enter in the system the coded "file" number and "matter" number

12  assigned to that particular case and the number of photocopies made.  The Firm's

13  photocopy charge for all clients is $.20 per page.  Scanned documents are also charged

14  at $.20 per page.  Attached hereto as Exhibit "1" is a true and correct copy of the expense

15  portion of the Firm's billing statement.

16        7.      In this case, the Trustee is also a partner in the Firm.  The Firm shares in

17  whatever compensation is received by the Trustee, and the Trustee shares in whatever

18  compensation is received by the Firm.  The Firm has no other fee sharing arrangement,

19  understanding, or compensation sharing arrangement with any other entity, and no part of

20  the attorneys' fees or expenses awarded to the Firm will be paid to any other entity.

21        8.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1 ("Rule

22  2016").  The Application complies with Rule 2016.

23  //

24  //

25  //

26

27

28

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 ◆ Fax 714-966-1002

9.      I participated in preparing, am familiar with, and have read the Application.  To the best of my knowledge, information and belief, the facts in the Application are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of November, 2024, at Santa Barbara, California.

_____
/s/ Ryan W. Beall
RYAN W. BEALL

**Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

# SUMMARY OF FIRST AND FINAL APPLICATION

## FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT

## OF EXPENSES OF GOLDEN GOODRICH LLP,

## COUNSEL FOR THE TRUSTEE

Current Fees Sought:                                     $23,340.00

Current Expenses Sought:                                 $577.71

Total Compensation Previously Awarded and Paid:          $0.00

Compensation by Professional and Date of Bar Admission:

| Attorney or Paralegal | Hours | Hourly Rate | Period | Total | Date of Bar Admission |
|---|---|---|---|---|---|
| Ryan W. Beall, Attorney | 23.30<br>2.90 | $550<br>$500 | 2024<br>2023 | $12,815.00<br>$1,450.00 | 12/2016 |
| Claudia M. Yoshonis, Paralegal | 5.30 | $250 | 2023-2024 | $1,325.00 | N/A |
| Cynthia B. Meeker Paralegal | 31.00 | $250 | 2023-2024 | $7,750.00 | N/A |
| **TOTAL HOURS:** | **62.50** | **TOTAL FEES:** | | **$23,340.00** | |

Blended Hourly Rate for this Time Period (including paralegals):     $373.44

Blended Hourly Rate for this Time Period (excluding paralegals):     $544.46

The total amount of accrued expenses of administration is set forth in the Trustee's final report which is filed concurrently with this Application.

# Exhibit 1

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| | **Asset  Analysis and Recovery** | | | | |
| 11/7/2023 | Review creditor lists and issues with carve out | 0.4 | 500 | 200 | Ryan Beall |
| 11/7/2023 | Review options regarding unsecured creditors and potential waiving of homestead exemption | 0.5 | 500 | 250 | Ryan Beall |
| 11/7/2023 | Review potential claims and correspondence with debtor's counsel re claims | 0.8 | 500 | 400 | Ryan Beall |
| 12/1/2023 | Review homestead waiver and other issues re potential sale | 0.4 | 500 | 200 | Ryan Beall |
| 12/7/2023 | Research regarding requirement for carve out and motion to abandon contents of property | 0.8 | 500 | 400 | Ryan Beall |
| 1/10/2024 | Review issues related to unsecured creditors and status | 0.4 | 550 | 220 | Ryan Beall |
| 1/15/2024 | Review reconveyance of deed of trust and waiver of claim of exemption | 0.9 | 550 | 495 | Ryan Beall |
| 1/18/2024 | Review documents from Debtor's counsel including waiver of homestead and prepare equity analysis | 0.7 | 550 | 385 | Ryan Beall |
| 1/19/2024 | Research applicability of homestead exemption | 0.5 | 550 | 275 | Ryan Beall |
| 1/24/2024 | Review estimated closing and value to estate and check with secured debts and applicability of liens | 1.2 | 550 | 660 | Ryan Beall |
| 1/25/2024 | Telephone conference with broker re issues with sale of property | 0.3 | 550 | 165 | Ryan Beall |
| 1/26/2024 | Telephone conference with Trustee re broker requirements | 0.3 | 550 | 165 | Ryan Beall |
| 1/26/2024 | Telephone conference with Clarence regarding storage issues | 0.4 | 550 | 220 | Ryan Beall |
| 1/29/2024 | Correspondence to debtor's counsel regarding clean up | 0.2 | 550 | 110 | Ryan Beall |
| 1/30/2024 | Correspondence to debtor's counsel re removal of inventory at property | 0.3 | 550 | 165 | Ryan Beall |
| 1/30/2024 | Research regarding issues of personal property left at property | 0.6 | 550 | 330 | Ryan Beall |
| 2/1/2024 | Review correspondence from debtor's counsel regarding clean up of property and filing of proof of claim | 0.6 | 550 | 330 | Ryan Beall |
| 2/2/2024 | Review listing agreement | 0.5 | 550 | 275 | Ryan Beall |
| 2/7/2024 | Review updated valuation and estimated statement | 0.4 | 550 | 220 | Ryan Beall |
| 2/12/2024 | Correspondence with broker and field agent regarding debtor communication and clean up | 0.4 | 550 | 220 | Ryan Beall |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|------|-------------|-------|----------|--------------|------|
| 2/13/2024 | Correspondence with Debtor's counsel | 0.2 | 550 | 110 | Ryan Beall |
| 2/19/2024 | Review claims and docket for filing of waiver of homestead exemption | 0.4 | 550 | 220 | Ryan Beall |
| 3/4/2024 | Correspondence regarding proof of claim and clearing of personal property from house | 0.4 | 550 | 220 | Ryan Beall |
| 4/1/2024 | Prepare sale motion | 0.6 | 550 | 330 | Ryan Beall |
| 4/2/2024 | Correspondence with Clarence re access | 0.3 | 550 | 165 | Ryan Beall |
| 4/2/2024 | Correspondence with Debtor re access | 0.4 | 550 | 220 | Ryan Beall |
| 4/2/2024 | Begin to prepare sale motion. | 0.5 | 250 | 125 | Cindy Meeker |
| 4/3/2024 | Prepare sale motion. | 0.8 | 250 | 200 | Cindy Meeker |
| 4/17/2024 | Tel. conf. with C. Yoshikane re status of occupancy of the property | 0.1 | 250 | 25 | Cindy Meeker |
| 4/22/2024 | Prepare e-mail to C. Yoshikane re need update on occupancy of the property | 0.1 | 250 | 25 | Cindy Meeker |
| 4/24/2024 | Prepare follow up e-mail to C. Yoshikane re status of occupancy of the property | 0.1 | 250 | 25 | Cindy Meeker |
| 4/29/2024 | Exchange e-mail with R. Beall re need to notify Ben Heston of date for Debtor to vacate | 0.1 | 250 | 25 | Cindy Meeker |
| 4/29/2024 | Exchange e-mail with R. Beall re need to notify Ben Heston of date for Debtor to vacate | 0.1 | 250 | 25 | Cindy Meeker |
| 4/30/2024 | Correspondence regarding move out of property | 0.2 | 550 | 110 | Ryan Beall |
| 4/30/2024 | Telephone conference with Clarence Yoshikane re property | 0.3 | 550 | 165 | Ryan Beall |
| 5/15/2024 | Review updated property values and expenses from broker on property clean up | 0.6 | 550 | 330 | Ryan Beall |
| 5/16/2024 | Telephone conference with Clarence regarding property | 0.4 | 550 | 220 | Ryan Beall |
| 5/16/2024 | Review e-mail from J. Toyama re need addendum to purchase agreement | 0.1 | 250 | 25 | Cindy Meeker |
| 5/16/2024 | Prepare addendum to purchase agreement | 1.4 | 250 | 350 | Cindy Meeker |
| 5/24/2024 | Review purchase agreement and line of credit | 0.2 | 250 | 50 | Cindy Meeker |
| 5/24/2024 | Prepare sale motion (Killy Street) | 1 | 250 | 250 | Cindy Meeker |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 6/3/2024 | Revise sale agreement and sale motion regarding the same | 0.6 | 550 | 330 | Ryan Beall |
| 6/3/2024 | Prepare sale motion | 0.7 | 250 | 175 | Cindy Meeker |
| 6/3/2024 | Prepare e-mail to C. Yoshikane requesting updated PTR | 0.1 | 250 | 25 | Cindy Meeker |
| 6/4/2024 | Review e-mails from Trustee and J. Toyama re need to set hearing on sale motion | 0.1 | 250 | 25 | Cindy Meeker |
| 6/4/2024 | Review Court's calendar re available hearing dates | 0.1 | 250 | 25 | Cindy Meeker |
| 6/5/2024 | Review e-mail from C. Yoshikane re his marketing and out-of-pocket expenses | 0.1 | 250 | 25 | Cindy Meeker |
| 6/5/2024 | Prepare e-mail to A. Delgado re need estimated settlement statement | 0.1 | 250 | 25 | Cindy Meeker |
| 6/5/2024 | Review updated prelim | 0.2 | 250 | 50 | Cindy Meeker |
| 6/5/2024 | Prepare sale motion | 0.7 | 250 | 175 | Cindy Meeker |
| 6/5/2024 | Review proofs of claim filed by Bank of America (Carrington) and HUD | 0.2 | 250 | 50 | Cindy Meeker |
| 6/5/2024 | Prepare e-mail to J. Toyama re amount of buyer's deposit | 0.1 | 250 | 25 | Cindy Meeker |
| 6/5/2024 | Exchange e-mail with A. Delgado re Carrington Mortgage proof of claim | 0.1 | 250 | 25 | Cindy Meeker |
| 6/6/2024 | Prepare sale motion | 0.8 | 250 | 200 | Cindy Meeker |
| 6/6/2024 | Prepare exhibits to sale motion | 0.4 | 250 | 100 | Cindy Meeker |
| 6/6/2024 | Research addresses for secured creditors and other parties for service of sale motion and notice of hearing | 0.4 | 250 | 100 | Cindy Meeker |
| 6/7/2024 | Review agent's receipts for administrative claim | 0.1 | 250 | 25 | Cindy Meeker |
| 6/7/2024 | Review estimated settlement statement from escrow | 0.2 | 250 | 50 | Cindy Meeker |
| 6/7/2024 | Review additional agent receipt for out-of-pocket expenses | 0.1 | 250 | 25 | Cindy Meeker |
| 6/7/2024 | Prepare sale motion | 0.7 | 250 | 175 | Cindy Meeker |
| 6/7/2024 | Review HUD payoff demand | 0.1 | 250 | 25 | Cindy Meeker |
| 6/7/2024 | Tel. conf. with A. Delgado re estimated settlement statement, obtaining payoffs, etc. | 0.2 | 250 | 50 | Cindy Meeker |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 6/7/2024 | Prepare e-mail to A. Delgado attaching prelim, purchase agreement and BofA proof of claim | 0.1 | 250 | 25 | Cindy Meeker |
| 6/7/2024 | Prepare e-mail to C. Yoshikane re line item in settlement statement re Ben Heston | 0.1 | 250 | 25 | Cindy Meeker |
| 6/10/2024 | Review response from C. Yoshikane re line item in settlement statement re Ben Heston | 0.1 | 250 | 25 | Cindy Meeker |
| 6/10/2024 | Prepare e-mail to A. Delgado re line item | 0.1 | 250 | 25 | Cindy Meeker |
| 6/11/2024 | Telephone conference with C. Meeker re: Sale Motion | 0.1 | 250 | 25 | Claudia Yoshonis |
| 6/11/2024 | Review sale motion documents from C. Meeker | 0.2 | 250 | 50 | Claudia Yoshonis |
| 6/11/2024 | Review email correspondence from Antonio Delgado re: draft settlement statement | 0.1 | 250 | 25 | Claudia Yoshonis |
| 6/11/2024 | Preparation of email correspondence to C. Meeker re: use of draft settlement statement in sale motion | 0.1 | 250 | 25 | Claudia Yoshonis |
| 6/11/2024 | Prepare sale motion | 1.4 | 250 | 350 | Cindy Meeker |
| 6/11/2024 | Prepare notice of hearing on sale motion | 0.9 | 250 | 225 | Cindy Meeker |
| 6/11/2024 | Prepare 6004 notice of sale of estate property | 0.4 | 250 | 100 | Cindy Meeker |
| 6/11/2024 | Prepare supplemental Zoom notice of hearing | 0.3 | 250 | 75 | Cindy Meeker |
| 6/11/2024 | Prepare e-mail to A. Delgado re need updated settlement statement | 0.1 | 250 | 25 | Cindy Meeker |
| 6/12/2024 | Review and revise sale motion to reflect numbers from Sellers's estimated closing statement | 0.9 | 250 | 225 | Claudia Yoshonis |
| 6/12/2024 | Review document relating to sale motion included estimated seller statement | 0.2 | 250 | 50 | Claudia Yoshonis |
| 6/12/2024 | Review Seller Estimated closing statement and all related documents for sale motion | 0.8 | 250 | 200 | Claudia Yoshonis |
| 6/12/2024 | Review and revise notice to add entries from  Estimated Sellers statement | 0.9 | 250 | 225 | Claudia Yoshonis |
| 6/13/2024 | Preparation of sale motion and exhibits for service and filing | 0.3 | 250 | 75 | Claudia Yoshonis |
| 6/14/2024 | Revise motion to sell property | 0.6 | 550 | 330 | Ryan Beall |
| 6/24/2024 | Analyze overbid procedures and potential overbid | 0.4 | 550 | 220 | Ryan Beall |
| 6/25/2024 | Analyze overbid for ability to pay and deposit amount | 0.4 | 550 | 220 | Ryan Beall |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 6/28/2024 | Review potential overbid and procedures | 0.7 | 550 | 385 | Ryan Beall |
| 7/2/2024 | Review BofA conditional non-opposition to sale motion | 0.1 | 250 | 25 | Cindy Meeker |
| 7/8/2024 | Review potential overbid and requirements | 0.4 | 550 | 220 | Ryan Beall |
| 7/8/2024 | Review tentative ruling on sale motion and forward to Trustee and broker | 0.1 | 250 | 25 | Cindy Meeker |
| 7/8/2024 | Prepare e-mail to C. Yoshikane re Zoom information for sale hearing | 0.1 | 250 | 25 | Cindy Meeker |
| 7/8/2024 | Review e-mails from escrow re payoff statements | 0.1 | 250 | 25 | Cindy Meeker |
| 7/8/2024 | Prepare sale order | 0.4 | 250 | 100 | Cindy Meeker |
| 7/9/2024 | Attend hearing on motion to sell property | 0.4 | 550 | 220 | Ryan Beall |
| 7/9/2024 | Prepare e-mail to A. Delgado re updated amount of C. Yoshikane's administrative claim | 0.1 | 250 | 25 | Cindy Meeker |
| 7/9/2024 | Prepare e-mail to A. Delgado re draft sale order to be circulated to title | 0.1 | 250 | 25 | Cindy Meeker |
| 7/9/2024 | Prepare sale order | 1 | 250 | 250 | Cindy Meeker |
| 7/10/2024 | Review and respond to e-mail from A. Delgado re title's review of draft sale order | 0.1 | 250 | 25 | Cindy Meeker |
| 7/10/2024 | Review title report | 0.1 | 250 | 25 | Cindy Meeker |
| 7/10/2024 | Prepare revisions to sale order | 0.3 | 250 | 75 | Cindy Meeker |
| 7/10/2024 | Prepare e-mail to A. Delgado re revised draft sale order to be sent back to title | 0.1 | 250 | 25 | Cindy Meeker |
| 7/10/2024 | Review e-mail from escrow re title approved the sale order | 0.1 | 250 | 25 | Cindy Meeker |
| 7/12/2024 | Review entered sale order and order certified copy | 0.1 | 250 | 25 | Cindy Meeker |
| 7/12/2024 | Prepare e-mail to escrow attaching entered sale order and certified copy | 0.1 | 250 | 25 | Cindy Meeker |
| 7/16/2024 | Tel. conf. with C. Yoshikane and A. Delgado re broker's commission and administrative expenses | 0.2 | 250 | 50 | Cindy Meeker |
| 7/16/2024 | Prepare memo to J. Golden and R. Beall re issues raised by C. Yoshikane re his employment application, the sale motion, the agent's expenses, etc. | 0.3 | 250 | 75 | Cindy Meeker |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|------|-------------|-------|----------|--------------|------|
| 7/16/2024 | Review and respond to multiple e-mails from escrow re PCOR and other forms to be signed | 0.2 | 250 | 50 | Cindy Meeker |
| 7/17/2024 | Telephone conference with Jeff Golden | 0.2 | 550 | 110 | Ryan Beall |
| 7/17/2024 | Prepare supplement re sale motion | 0.2 | 250 | 50 | Cindy Meeker |
| 7/25/2024 | Review issues relating to commission | 0.5 | 550 | 275 | Ryan Beall |
| 7/25/2024 | Tel. conf. with A. Delgado re agent's commission and expenses | 0.1 | 250 | 25 | Cindy Meeker |
| 7/29/2024 | Telephone conference with trustee and Clarence Yoshikane | 0.3 | 550 | 165 | Ryan Beall |
| 9/9/2024 | Tel. conf. with J. Golden re status of case | 0.1 | 250 | 25 | Cindy Meeker |
| 10/7/2024 | Draft case update and recommendation | 0.1 | 550 | 55 | Ryan Beall |
| 10/29/2024 | Prepare Yoshikane administrative expense claim | 1.5 | 250 | 375 | Cindy Meeker |
| **Subtotal** | | **41.6** | | 15955 | |
| **Employment Applications** | | | | | |
| 12/20/2023 | Prepare application to employ counsel. | 0.9 | 250 | 225 | Cindy Meeker |
| 12/21/2023 | Prepare notice of application to employ counsel. | 0.4 | 250 | 100 | Cindy Meeker |
| 12/21/2023 | Prepare Beall statement of disinterest. | 0.3 | 250 | 75 | Cindy Meeker |
| 1/9/2024 | Revise employment application | 0.4 | 550 | 220 | Ryan Beall |
| 1/9/2024 | Prepare notice of employment application. | 0.1 | 250 | 25 | Cindy Meeker |
| 1/11/2024 | Prepare e-mail to Trustee re employment application. | 0.1 | 250 | 25 | Cindy Meeker |
| 1/12/2024 | Prepare Beall declaration re no request for hearing on employment. | 0.2 | 250 | 50 | Cindy Meeker |
| 1/12/2024 | Prepare proposed employment order. | 0.4 | 250 | 100 | Cindy Meeker |
| 1/25/2024 | Analyze issues of sale and review employment application | 0.5 | 550 | 275 | Ryan Beall |
| 1/26/2024 | Draft motion for authorization and employment of broker | 0.6 | 550 | 330 | Ryan Beall |
| 1/30/2024 | Draft employment application and authorization motion | 0.8 | 550 | 440 | Ryan Beall |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 1/30/2024 | Review information re real property and terms of C. Yoshikane's proposed employment. | 0.2 | 250 | 50 | Cindy Meeker |
| 1/30/2024 | Prepare application to employ broker. | 0.7 | 250 | 175 | Cindy Meeker |
| 2/5/2024 | Prepare e-mail to C. Yoshikane requesting listing agreement. | 0.1 | 250 | 25 | Cindy Meeker |
| 2/5/2024 | Prepare application to employ broker. | 0.4 | 250 | 100 | Cindy Meeker |
| 2/6/2024 | Review e-mail and listing agreement from broker re Lake Forest property. | 0.1 | 250 | 25 | Cindy Meeker |
| 2/6/2024 | Prepare application to employ broker. | 0.6 | 250 | 150 | Cindy Meeker |
| 2/7/2024 | Prepare application to employ broker and C. Yoshikane. | 1.4 | 250 | 350 | Cindy Meeker |
| 2/9/2024 | Revise motion to employ | 0.6 | 550 | 330 | Ryan Beall |
| 2/12/2024 | Revise employment application to include factual underpinnings including homestead exemption issue and claims | 0.6 | 550 | 330 | Ryan Beall |
| 2/12/2024 | Review employment application and revise | 0.8 | 550 | 440 | Ryan Beall |
| 2/12/2024 | Review entered employment order. | 0.1 | 250 | 25 | Cindy Meeker |
| 2/13/2024 | Revise employment application for broker | 0.7 | 550 | 385 | Ryan Beall |
| 2/13/2024 | Prepare notice of application to employ broker. | 0.5 | 250 | 125 | Cindy Meeker |
| 2/13/2024 | Prepare e-mail to Trustee re application to employ broker. | 0.1 | 250 | 25 | Cindy Meeker |
| 2/15/2024 | Prepare revisions to Trustee's declaration re employment of broker. | 0.2 | 250 | 50 | Cindy Meeker |
| 2/15/2024 | Prepare e-mail to Trustee re revised broker application. | 0.1 | 250 | 25 | Cindy Meeker |
| 3/8/2024 | Revise employment application | 0.4 | 550 | 220 | Ryan Beall |
| 3/8/2024 | Prepare notice of application to employ broker. | 0.5 | 250 | 125 | Cindy Meeker |
| 3/8/2024 | Prepare e-mail to C. Yoshikane re filing of application. | 0.1 | 250 | 25 | Cindy Meeker |
| 3/18/2024 | Prepare Beall declaration re no request for hearing on employment of broker. | 0.2 | 250 | 50 | Cindy Meeker |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 3/18/2024 | Prepare broker employment order. | 0.5 | 250 | 125 | Cindy Meeker |
| 3/26/2024 | Prepare proposed broker employment order. | 0.2 | 250 | 50 | Cindy Meeker |
| 4/1/2024 | Review entered employment order and forward to C. Yoshikane. | 0.1 | 250 | 25 | Cindy Meeker |
| | **Subtotal** | **13.9** | | **5095** | |
| | **Fee Application** | | | | |
| 10/28/2024 | Review and revise invoice in preparation of final fee application | 0.2 | 250 | 50 | Cindy Meeker |
| 10/28/2024 | Prepare first and final fee application | 2.7 | 250 | 675 | Cindy Meeker |
| 10/28/2024 | Prepare e-mail to Trustee re final amounts for her TFR | 0.1 | 250 | 25 | Cindy Meeker |
| 10/29/2024 | Prepare final fee application | 0.5 | 250 | 125 | Cindy Meeker |
| | **Subtotal** | **3.5** | | **875** | |
| | **Claims Analysis and Objections** | | | | |
| 5/17/2024 | Telephone confernece with Southern California Edison re late notice | 0.3 | 550 | 165 | Ryan Beall |
| 5/21/2024 | Analyze south coast edison claim issue | 0.7 | 550 | 385 | Ryan Beall |
| 5/21/2024 | Telephone conference with Jeff Golden regarding proof of claim so cal edison | 0.2 | 550 | 110 | Ryan Beall |
| 5/22/2024 | Telephone conference with C. Meeker re: proof of claim for SCE | 0.1 | 250 | 25 | Claudia Yoshonis |
| 5/22/2024 | Preparation of Proof of Claim for SCE | 0.3 | 250 | 75 | Claudia Yoshonis |
| 5/22/2024 | Revise So Cal Edison proof of claim | 0.3 | 550 | 165 | Ryan Beall |
| 6/12/2024 | Research post petition utility claim for priority or administrative status, draft email to attorney Beall re: same | 0.5 | 250 | 125 | Claudia Yoshonis |
| 6/13/2024 | Revise proof of claim re post petition adminstrative expense | 0.3 | 550 | 165 | Ryan Beall |
| 6/13/2024 | Review email correspondence from attorney Beall re: revisions to Edison proof of claim | 0.1 | 250 | 25 | Claudia Yoshonis |
| 6/13/2024 | Revise Edison proof of claim to change to priority status, prepare for filing | 0.7 | 250 | 175 | Claudia Yoshonis |
| | **Subtotal** | **3.5** | | **1415** | |
| | **Total Fees** | **62.5** | | **23340** | |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| | **Expenses** | | | | |
| 1/17/2024 | CourtDrive/PACER fees for December 2023. | 1 | 0.2 | 0.2 | David Fitzgerald |
| 1/19/2024 | PACER Fees for period 10/1/23 - 12/31/23. | 1 | 0.2 | 0.2 | David Fitzgerald |
| 1/30/2024 | Fees for service of declaration of non-opposition to Trustee's application to employ counsel. | 1 | 0.88 | 0.88 | David Fitzgerald |
| 1/30/2024 | Fees for service of declaration of non-opposition to Trustee's application to employ counsel. | 9 | 0.2 | 1.8 | David Fitzgerald |
| 1/30/2024 | Courtdrive pacer fee | 1 | 0.2 | 0.2 | Daisy Abrego |
| 2/2/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/2/2024 | Court drive pacer fee | 1 | 0.2 | 0.2 | Daisy Abrego |
| 2/2/2024 | Court drive pacer fee | 1 | 0.2 | 0.2 | Daisy Abrego |
| 2/2/2024 | Court drive pacer fee | 1 | 0.2 | 0.2 | Daisy Abrego |
| 2/2/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 2/14/2024 | Court fee for certified petition. | 1 | 12 | 12 | David Fitzgerald |
| 2/29/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/1/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/4/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 3/6/2024 | Nationwide Legal Fees for recording certified voluntary petition with Orange County Clerk-Recorder's Office. | 1 | 231 | 231 | David Fitzgerald |
| 3/8/2024 | Fees for service of Notice of Chapter 7 Trustee's Motion for Order Authorizing Employment of Real Estate Broker (Clarence Yoshikane). | 9 | 0.64 | 5.76 | David Fitzgerald |
| 3/8/2024 | Fees for service of Notice of Chapter 7 Trustee's Motion for Order Authorizing Employment of Real Estate Broker (Clarence Yoshikane). | 18 | 0.2 | 3.6 | David Fitzgerald |
| 6/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/5/2024 | Court drive pacer fee | 1 | 0.3 | 0.3 | Daisy Abrego |
| 6/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/5/2024 | Court drive pacer fee | 1 | 0.8 | 0.8 | Daisy Abrego |
| 6/5/2024 | Court drive pacer fee | 1 | 0.5 | 0.5 | Daisy Abrego |
| 6/5/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |

| Date | Description | Hours | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 6/6/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/6/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/12/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/13/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/13/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/13/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/14/2024 | Service fees for Sale Motion, Notice of Hearing, and Supplemental Notice of Hearing Using ZoomGov re 22596 Killy Street, Lake Forest, California 92630. | 1 | 34.97 | 34.97 | David Fitzgerald |
| 6/14/2024 | Service fees for Sale Motion, Notice of Hearing, and Supplemental Notice of Hearing Using ZoomGov re 22596 Killy Street, Lake Forest, California 92630. | 403 | 0.2 | 80.6 | David Fitzgerald |
| 6/14/2024 | Filing Fee for 363(f) Sale Motion re 22596 Killy Street, Lake Forest, California 92630. | 1 | 199 | 199 | David Fitzgerald |
| 6/14/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 6/14/2024 | Court drive pacer fee | 1 | 0.2 | 0.2 | Daisy Abrego |
| 6/14/2024 | Court drive pacer fee | 1 | 0.9 | 0.9 | Daisy Abrego |
| 6/14/2024 | Court drive pacer fee | 1 | 0.9 | 0.9 | Daisy Abrego |
| 7/11/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 7/12/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 9/9/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| 9/24/2024 | Court drive pacer fee | 1 | 0.1 | 0.1 | Daisy Abrego |
| **Total Expenses** | | | | **577.71** | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF GOLDEN GOODRICH LLP, COUNSEL FOR THE TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RYAN W. BEALL IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **November 15, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Stacy Odine Corban
22596 Killy St
Lake Forest, CA 92630-4619
ORANGE-CA
**DEBTOR**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2024 | David M. Fitzgerald | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**