Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

FOR COURT USE ONLY

☐ Individual *appearing without an attorney*
☐ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

In re:





Debtor(s)

CASE NO.:

CHAPTER:

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):

_____
_____

PLEASE TAKE NOTE that the order titled _____
_____

was lodged on (*date*) _____ and is attached. This order relates to the motion which is docket number \_\_\_\_.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 1                           **F 9021-1.2.BK.NOTICE.LODGMENT**

# Exhibit "A"

| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., & Email Address<br><br>Weneta M.A. Kosmala<br>Law Offices of Weneta M.A. Kosmala<br>4425 Jamboree Road, Suite 183<br>Jamboree Plaza<br>Newport Beach, CA 92660<br>(714) 708-8190 (TEL)<br>(949) 382-1445 (FAX)<br>sdk@txitrustee.com | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –_SANTA ANA_ DIVISION**

| In re:<br><br>STACY ODINE CORBAN<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-11139<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONALS AND/OR AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER**<br><br>☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

1. The motion to employ _____ as a paraprofessional is
   ☐ Granted    ☐ Denied.

2. The motion to employ <u>HAHN FIFE AND COMPANY, LLP</u> as a tax preparer, and to pay $<u>1,000.00</u> (*not to exceed $1,000 unless the court orders otherwise*) to the tax preparer is
   ☒ Granted    ☐ Denied.

3. The motion is set for hearing on _____ at _____ and the trustee is directed to give notice to the United States trustee, all objecting parties or their attorneys.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*                    Page 1                    **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**

4. By signing this order, the court is not making a judicial determination as to whether the services set forth in paragraphs 1.B or 1.C of the motion constitutes "trustee services."

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*     Page 2     **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4425 Jamboree Rd, Suite 183
Newport Beach, CA  92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ryan W Beall    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stacy Odine Corban
22596 Killy St.
Lake Forest, CA 92630

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/20/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Donald T. Fife, Hahn Fife and Company, LLP - email

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2024 | Stefan Kosmala-Dahlbeck | /s/ Stefan Kosmala-Dahlbeck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**