United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11139-TA
Stacy Odine Corban  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Nov 21, 2024     Form ID: pdf042     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor BANK OF AMERICA N.A. ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| Ryan W Beall | on behalf of Attorney Golden Goodrich LLP rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Nov 21, 2024 Form ID: pdf042 Total Noticed: 1
TOTAL: 7

| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., & Email Address<br><br>Weneta M.A. Kosmala<br>Law Offices of Weneta M.A. Kosmala<br>4425 Jamboree Road, Suite 183<br>Jamboree Plaza<br>Newport Beach, CA  92660<br>(714) 708-8190 (TEL)<br>(949) 382-1445 (FAX)<br>sdk@txitrustee.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>NOV 20 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SANTA ANA* DIVISION**

| In re:<br><br>STACY ODINE CORBAN<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-11139<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONALS AND/OR AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER**<br><br>☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

1. The motion to employ _____ as a paraprofessional is
   ☐ Granted    ☐ Denied.

2. The motion to employ <u>HAHN FIFE AND COMPANY, LLP</u> as a tax preparer, and to pay $<u>1,000.00</u> (*not to exceed $1,000 unless the court orders otherwise*) to the tax preparer is
   ☒ Granted    ☐ Denied.

3. The motion is set for hearing on _____ at _____ and the trustee is directed to give notice to the United States trustee, all objecting parties or their attorneys.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*         Page 1         **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**

4. By signing this order, the court is not making a judicial determination as to whether the services set forth in paragraphs 1.B or 1.C of the motion constitutes "trustee services."

###

Date: November 20, 2024

Theodor C. Albert
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*                         Page 2                         **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**