| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Weneta M.A. Kosmala<br>Law Offices of Weneta M.A. Kosmala<br>4425 Jamboree Road, Suite 183<br>Jamboree Plaza<br>Newport Beach, CA  92660<br>(714) 708-8190 (TEL)<br>(949) 382-1445 (FAX)<br>sdk@txitrustee.com | |
| ☐ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>STACY ODINE CORBAN | CASE NO.: 8:23-bk-11139-TA |
|---|---|
| | CHAPTER: 7 |
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>LBR 9013-1(o)(3) |
| Debtor(s). | [No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 10/07/2024  Movant(s) filed a motion or application (Motion) entitled: Trustee's Notice of Motion and Motion Under LBR 2016-2 for: Authorization to Pay Flat Fee to Tax Preparer

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 10/07/2024  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    F 9013-1.2.NO.REQUEST.HEARING.DEC

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/20/2024      /s/Weneta M.A. Kosmala
                      Signature

                      Weneta M.A. Kosmala
                      Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# Exhibit "A"

| | |
|---|---|
| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Weneta M.A. Kosmala<br>Law Offices of Weneta M.A. Kosmala<br>Jamboree Plaza<br>4425 Jamboree, Suite 183<br>Newport Beach, CA  92660<br>(714) 708-8190 TEL<br>(949) 382-1445 FAX<br>sdk@txitrustee.com<br><br>☐ *Attorney for trustee*<br>☒ *Trustee appearing without an attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| | |
|---|---|
| In re:<br>STACY ODINE CORBAN<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-BK-11139-TA<br>CHAPTER: 7<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR:**<br><br>☐ **AUTHORIZATION TO EMPLOY PARAPROFESSIONALS,**<br><br>   **AND/OR**<br><br>☒ **AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER;**<br><br>**NOTICE OF OPPORTUNITY TO REQUEST HEARING; DECLARATION OF TRUSTEE; AND DECLARATION OF PARAPROFESSIONAL**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed this motion for court approval of the trustee's request to ☐ employ a paraprofessional, and/or ☒ pay a flat fee to a tax preparer of up to $ 1000.00 (not to exceed $1,000 unless the court orders otherwise).  The court may grant the motion authorizing retention of a paraprofessional and expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ 1. The trustee moves for an order authorizing employment of a paraprofessional, as follows:

    a. Identity of proposed paraprofessional: _____

        (1) A resume and rate for services is attached as Exhibit A.

        (2) It is estimated that the fees for all work by the paraprofessional will be $ _____.

    b. The trustee contends that the paraprofessional will provide the following services that are listed in paragraph (f)(1) of LBR 2016-2, and fees for these services will be included in the statutory limitation on the trustee's compensation pursuant to 11 U.S.C. § 326(a).

        (1) _____
        (2) _____
        (3) _____

    c. The trustee contends that the paraprofessionals will provide the following services that are not included in paragraph (f)(1) of LBR 2016-2, and fees for these services should be paid separate and apart from the trustee's compensation allowed pursuant to 11 U.S.C. § 326(a):

        (1) _____
        (2) _____
        (3) _____

☒ 2. The trustee moves for an order authorizing employment of a tax preparer, as follows:

    a. Identity of proposed tax preparer: Hahn Fife and Company, LLP

        (i) A resume is attached as Exhibit B.

    b. The tax preparer has agreed to accept up to $ 1000.00 (not to exceed $750 unless the court orders otherwise) as payment in full for the following services.

    Prepare and File Estate Federal and State Tax Returns

☒ 3. The trustee moves for an order authorizing payment from property of the estate of a sum not to exceed $ 1000.00 (not to exceed $1,000 unless the court orders otherwise) to the tax preparer upon completion of such services to the estate without a separate fee application being required.

Date: 10/07/2024

/s/Weneta M.A. Kosmala
Chapter 7 trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*January 2017*    Page 2    **F 2016-2.1.APP.TRUSTEE.EMPLOY**

**DECLARATION OF TRUSTEE**

I, Weneta M.A. Kosmala, the duly-appointed chapter 7 trustee, have prepared the foregoing motion for ☐ authorization to employ paraprofessionals, and/or ☒ for authorization to pay a flat fee of $ 1000 (not to exceed $1,000 unless the court orders otherwise) to a tax preparer. The effective and efficient administration of this bankruptcy case dictates approval of the motion and I base that conclusion on the following facts:

This is the most economical means to prepare Estate federal and state tax returns.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/07/2024 | Weneta M.A. Kosmala | /s/Weneta M.A. Kosmala |
|---|---|---|
| *Date* | *Printed Name of chapter 7 trustee* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*January 2017*                    Page 3                    **F 2016-2.1.APP.TRUSTEE.EMPLOY**

**DECLARATION OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PARAPROFESSIONAL PERSON UNDER LBR 2016-2**

1. The following is a complete description of all of the paraprofessional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee:

2. The paraprofessional is not a creditor, an equity security holder or an insider of the debtor, except as follows:

3. The paraprofessional is not and was not, within 2 years before the date of the filing of the petition herein, a director, officer or employee of the debtor in connection with the offer, sale or issuance of any security of the debtor.

4. The paraprofessional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows:

5. The paraprofessional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2024 | DONALD T. FIFE | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

January 2017                                Page 4                           F 2016-2.1.APP.TRUSTEE.EMPLOY

# Exhibit "A"

### *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### Donald T. Fife, CPA

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $420.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4425 Jamboree Road, Suite 183
Newport Beach, CA  92660

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stacy Odine Corban
22596 Killy St.
Lake Forest, CA 92630

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/20/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Donald T. Fife, Hahn Fife and Company, LLP via e-mail

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2024 | Stefan Kosmala-Dahlbeck | /s/Stefan Kosmala-Dahlbeck |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Ryan W Beall    rbeall@go2.law,** kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Joseph C Delmotte    ecfcacb@aldridgepite.com,** JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Benjamin Heston    bhestonecf@gmail.com,** benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,** wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**