**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re:     Stacy Odine Corban | § | Case No. 8:23-BK-11139 TA |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 06/02/2023. The case was converted to one under Chapter 7 on 08/28/2023. The undersigned trustee was appointed on 06/02/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $    917,206.20

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 537,777.78 |
   | Administrative expenses | 63,704.57 |
   | Bank service fees | 117.15 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 315,606.70 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 01/23/2024 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $40,623.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $40,623.47, for a total compensation of $40,623.47.$^2$ In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $112.00, for total expenses of $112.00.$^2$

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/29/2024                         By:  /s/ WENETA M.A. KOSMALA
                                                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit A

Page: 1

| Case Number: | 8:23-BK-11139 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Stacy Odine Corban | Filed (f) or Converted (c): | 08/28/23 (c) |
| | | §341(a) Meeting Date: | 10/12/23 |
| Period Ending: | 10/29/24 | Claims Bar Date: | 01/23/24 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home  22596 Killy St Lake Forest CA 92630-4619 Orange county  Sold pursuant to Court Order entered 7/21/24. | 934,000.00 | 0.00 | | 900,081.20 | FA |
| 2 | Toyota Solara 2000 130000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Pets | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash on hand  Converted case from Chapter 13; cash consumed during Chapter 13. | 340.00 | 340.00 | | 0.00 | FA |
| 9 | Checking account: SchoolsFirst Federal Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Savings account: SchoolsFirst Federal Credit Union | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | Tax Refunds (u) | 0.00 | 17,125.00 | | 17,125.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$941,240.00** | **$17,465.00** | | **$917,206.20** | **$0.00** |

**Major activities affecting case closing:**
09/30/2024 SUMMARY:   Trustee sold Debtor's real property providing a 100% distribution to all creditors.

TAX STATUS:  No tax issues currently exist.  10/24/24 Estate Tax Returns y/e 09/30/24; Forms 1041, 1040, 541, 540; Estate Liability $0 Federal; $0 State;

ASSET STATUS:

On June 2, 2023, Debtor filed a voluntary petition for relief under Chapter 13. The case was converted to chapter 7 on August 28, 2023.

The Debtor listed real property with a scheduled value of $934,000 and liens against it totaling $534,847.68. The Debtor claimed an exemption in the property in the amount of $678,000 pursuant to C.C.P. § 704.730.

On February 16, 2024 the Debtor filed a Waiver of Homestead Exemption and does not assert an exemption in the property.

The Trustee employed a real estate broker and marketed and sold the property. The Trustee received and accepted an offer of $900,000 for the property and sought and received court approval for the

FORM 1     Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES     Page: 2

sale of the property.

INSURANCE STATUS:  None

LITIGATION STATUS:  None

OPEN ISSUES: Employ Accountant, Prepare Estate Tax Returns

10/7/2024 Notice of Motion and Motion Under LBR 2016-2 For A... / Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee Filed by Trustee Weneta M.A. Kosmala (TR). (Kosmala (TR), Weneta) (Entered: 10/07/2024)

7/12/2024 Order Granting Chapter 7 Trustee's Motion For... / Order Granting Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims And Interests Pursuant To 11 U.S.C. §§ 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); And (4) Authorizing Paymnet of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale [22596 Killy Street, Lake Forest, California 92630, APN 614-202-48] (BNC-PDF) (Related Doc # 49 ) Signed on 7/12/2024 (GD) (Entered: 07/12/2024)

3/29/2024 Order Approving Application Of The Trustee For Aut... / Order Approving Application Of The Trustee For Authorization To: (1) Employ Real Estate Broker Bershire Hathaway HomeServices California Properties, And Agent Clarence Yoshikane Pursuant To 11 USC §§ 327 And 328; And (2) Allow Agent An Administrative Claim For Out-Of-Pocket Expenses [ 22596 Killy Street, Lake Forest, California 92630 (BNC-PDF) (Related Doc # 44) Signed on 3/29/2024. (GD) (Entered: 03/29/2024)

2/29/2024 Order Granting Application Of The Chapter 7 Truste... / Order Granting Application Of The Chapter 7 Trustee To Employ Counsel Golden Goodrich LLP Pursuant To 11 USC §§ 327 And 330 (BNC-PDF) (Related Doc # 36) Signed on 2/9/2024. (GD) (Entered: 02/09/2024)

10/20/2023  Notice of Assets filed by Trustee and Court's Notice of Possible Dividend; Proof of Claims due by January 23, 2024.

9/27/2023 Chapter 13 Trustee's Final Report and Account . (Cohen (TR), Amrane (SA)) (Entered: 09/27/2023)

8/28/2023 Convert Case to Chapter 7 Trustee Amrane (SA) Cohen (TR) removed from the case. Trustee Weneta M.A. Kosmala (TR) added to the case. (Optional BNC) (RE: related document(s)4 Meeting (AutoAssign Chapter 13)) (CJ) (Entered: 08/29/2023)

8/3/2023 Objection to Confirmation of Plan with Notice and Proof of Service Attached. Filed by Trustee Amrane (SA) Cohen (TR). (Cohen (TR), Amrane (SA)) (Entered: 08/03/2023)

6/2/2023 Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Stacy Odine Corban Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 06/16/2023.

**Initial Projected Date of Final Report (TFR):**  June 01, 2026     **Current Projected Date of Final Report (TFR):**  October 29, 2024 (Actual)

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 8:23-BK-11139 TA | Trustee: | WENETA M.A. KOSMALA |
| --- | --- | --- | --- |
| Case Name: | Stacy Odine Corban | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6561 - Checking |
| Taxpayer ID#: | **-***0565 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/24 | Asset #11 | UNITED STATES TREASURY | Tax Refund for year ending 12/2016 | 1224-000 | 9,243.95 | | 9,243.95 |
| 05/21/24 | Asset #11 | UNITED STATES TREASURY | Tax refund for year ending 12/2017 | 1224-000 | 7,881.05 | | 17,125.00 |
| 05/31/24 | Asset #1 | George Barr | Ernest Money Deposit for GBKD Inc. $900,000 offer | 1110-000 | 50,000.00 | | 67,125.00 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.08 | 67,116.92 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.07 | 67,007.85 |
| 08/14/24 | | A & A Escrow Services Inc | Net proceeds for sale of real property located at 22596 Killy St., Lake Forest, CA 92630 | | 248,598.85 | | 315,606.70 |
| 08/14/24 | Asset #1 | | Net proceeds for sale of real property located at 22596 Killy St., Lake Forest, CA 92630. $900,000 less $50,000 EMD    850,000.00 | 1110-000 | | | 315,606.70 |
| 08/14/24 | Asset #1 | Pickford Escrow | HOA    81.20 | 1110-000 | | | 315,606.70 |
| 08/14/24 | | BANK OF AMERICA, N.A. | trust deed    -434,147.38 | 4110-000 | | | 315,606.70 |
| 08/14/24 | | U.S. Department of Housing and Urban Development | HUD    -103,630.40 | 4110-000 | | | 315,606.70 |
| 08/14/24 | | Berkshire Hathaway | Commission    -36,000.00 | 3510-000 | | | 315,606.70 |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 8:23-BK-11139 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Stacy Odine Corban | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6561 - Checking |
| Taxpayer ID#: | **-***0565 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/24 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/24 | | Pickford Escrow | $10,148.58 HOA; $476.92 Property Tax; $12,767.95 Other; $2,411.12 Title; $1,900 Escrow | -27,704.57  2500-000 | | | 315,606.70 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 315,723.85 | 117.15 | $315,606.70 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 315,723.85 | 117.15 | |
| | Less: Payment to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$315,723.85** | **$117.15** | |

| | | |
|---|---|---|
| Net Receipts: | $315,723.85 |
| Plus Gross Adjustments: | 601,482.35 |
| Net Estate: | $917,206.20 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6561 | 315,723.85 | 117.15 | 315,606.70 |
| | $315,723.85 | $117.15 | $315,606.70 |

# Exhibit C
# Claims Register

Case: 8:23-BK-11139-TA    Stacy Odine Corban

Total Proposed Payment: $315,606.70    Claims Bar Date: 01/23/24

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Golden Goodrich LLP<br>650 Town Center Drive<br>Suite 600<br>Costa Mesa, CA 92626 | Admin Ch. 7<br>02/09/24 | Employed effective November 7, 2023 per Court Order entered February 9, 2024; Dkt #39 | $23,340.00<br>$23,340.00 | $0.00<br>$23,340.00 | $23,340.00 |
| | 3210-00   Attorney for Trustee Fees (Other Firm), 200 | | | | | |
| | Golden Goodrich LLP<br>650 Town Center Drive<br>Suite 600<br>Costa Mesa, CA 92626 | Admin Ch. 7<br>02/09/24 | Employed effective November 7, 2023 per Court Order entered February 9, 2024; Dkt #39 | $577.71<br>$577.71 | $0.00<br>$577.71 | $577.71 |
| | 3220-00   Attorney for Trustee Expenses (Other Firm), 200 | | | | | |
| | WENETA M.A. KOSMALA<br>4425 Jamboree, Suite 183<br>Newport Beach, CA 92660 | Admin Ch. 7<br>05/31/24 | | $40,623.47<br>$40,623.47 | $0.00<br>$40,623.47 | $40,623.47 |
| | 2100-00   Trustee Compensation, 200 | | | | | |
| | HAHN FIFE & COMPANY, LLP<br>1055 E. Colorado Blvd.<br>5th Floor<br>Pasadena, CA 91106 | Admin Ch. 7<br>10/23/24 | Flat fee under LBR 2016-2  $1,000 | $1,000.00<br>$1,000.00 | $0.00<br>$1,000.00 | $1,000.00 |
| | 3410-00   Accountant for Trustee Fees (Other Firm), 200 | | | | | |
| | WENETA M.A. KOSMALA<br>4425 Jamboree, Suite 183<br>Newport Beach, CA 92660 | Admin Ch. 7<br>10/23/24 | | $112.00<br>$112.00 | $0.00<br>$112.00 | $112.00 |
| | 2200-00   Trustee Expenses, 200 | | | | | |
| | Clarence Yoshkane<br>Berkshire Hathaway HomeServices California Properties<br>1400 Newport Center Drive, Suite 200<br>Newport Beach, CA 92660 | Admin Ch. 7<br>10/29/24 | | $982.12<br>$982.12 | $0.00<br>$982.12 | $982.12 |
| | 2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.), 200 | | | | | |
| 1 | U.S. Department of Housing and Urban Development<br>1 Sansome Street, 12th Floor<br>San Francisco, CA 94104 | Secured<br>06/05/23 | | $103,630.40<br>$103,630.40 | $103,630.40<br>$0.00 | $0.00 |
| | 4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | | | | | |
| 2 | BANK OF AMERICA, N.A.<br>CARRINGTON MORTGAGE SERVICES, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Secured<br>06/22/23 | | $402,349.38<br>$434,147.38 | $434,147.38<br>$0.00 | $0.00 |
| | 4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | | | | | |
| 3 | David Harris<br>1141 Summerview Lane<br>Huntingtn Bch, CA 92648-4155 | Unsecured<br>03/07/24 | | $27,000.00<br>$27,000.00 | $0.00<br>$27,000.00 | $27,000.00 |
| | 7200-00   Tardy General Unsecured § 726(a)(3), 620 | | | | | |

## Exhibit C
## Claims Register

Case: 8:23-BK-11139-TA    Stacy Odine Corban

Total Proposed Payment: $315,606.70                                    Claims Bar Date: 01/23/24

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 3-I | David Harris<br>1141 Summerview Lane<br>Huntingtn Bch, CA 92648-4155 | Unsecured<br>10/29/24 | | $2,203.27<br>$2,203.27 | $0.00<br>$2,203.27 | $2,203.27 |
| | 7990-00  Surplus Cases Interest on Unsecured Claims (including priority), 640 | | | | | |
| 4 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured<br>05/10/24 | | $39,711.44<br>$39,711.44 | $0.00<br>$39,711.44 | $39,711.44 |
| | 7200-00  Tardy General Unsecured § 726(a)(3), 620 | | | | | |
| 4-I | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured<br>10/29/24 | | $3,240.56<br>$3,240.56 | $0.00<br>$3,240.56 | $3,240.56 |
| | 7990-00  Surplus Cases Interest on Unsecured Claims (including priority), 640 | | | | | |
| 5 | Southern California Edison<br>P.O. Box 600<br>Rosemead, CA 91771 | Admin Ch. 11<br>06/13/24 | | $3,293.77<br>$3,293.77 | $0.00<br>$3,293.77 | $3,293.77 |
| | 6990-00  Other Prior Chapter Administrative Expenses, 300 | | | | | |
| 6 | Nexus Bankruptcy<br>3090 Bristol Street, Suite 400<br>Costa Mesa, CA 92626 | Priority<br>06/17/24 | | $3,500.00<br>$3,500.00 | $0.00<br>$3,500.00 | $3,500.00 |
| | 5800-00  Claims of Governmental Units, 570 | | | | | |
| 6-I | Nexus Bankruptcy<br>3090 Bristol Street, Suite 400<br>Costa Mesa, CA 92626 | Unsecured<br>10/29/24 | | $285.61<br>$285.61 | $0.00<br>$285.61 | $285.61 |
| | 7990-00  Surplus Cases Interest on Unsecured Claims (including priority), 640 | | | | | |
| SURPLUS | Stacy Odine Corban<br>22596 Killy St<br><br>Lake Forest, CA 92630-4619 | Unsecured<br>10/29/24 | | $169,736.75<br>$169,736.75 | $0.00<br>$169,736.75 | $169,736.75 |
| | 8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part), 650 | | | | | |

                                          Case Total:    $853,384.48    $537,777.78    $315,606.70

Case 8:23-bk-11139-TA    Doc 71    Filed 01/06/25    Entered 01/06/25 10:21:37    Desc
Main Document    Page 9 of 11

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:23-BK-11139-TA
Case Name: Stacy Odine Corban
Trustee Name: WENETA M.A. KOSMALA

**Balance on hand:** $ 315,606.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | U.S. Department of Housing and Urban Development | 103,630.40 | 103,630.40 | 103,630.40 | 0.00 |
| 2 | BANK OF AMERICA, N.A. | 402,349.38 | 434,147.38 | 434,147.38 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 315,606.70

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - WENETA M.A. KOSMALA | 40,623.47 | 0.00 | 40,623.47 |
| Trustee, Expenses - WENETA M.A. KOSMALA | 112.00 | 0.00 | 112.00 |
| Attorney for Trustee, Fees - Golden Goodrich LLP | 23,340.00 | 0.00 | 23,340.00 |
| Attorney for Trustee, Expenses - Golden Goodrich LLP | 577.71 | 0.00 | 577.71 |
| Accountant for Trustee, Fees - HAHN FIFE & COMPANY, LLP | 1,000.00 | 0.00 | 1,000.00 |
| Other, Expenses - Clarence Yoshkane | 982.12 | 0.00 | 982.12 |

Total to be paid for chapter 7 administration expenses: $ 66,635.30
Remaining balance: $ 248,971.40

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Expenses - Southern California Edison | 3,293.77 | 0.00 | 3,293.77 |

Total to be paid for prior chapter administration expenses: $ 3,293.77
Remaining balance: $ 245,677.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (05/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Nexus Bankruptcy | 3,500.00 | 0.00 | 3,500.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 3,500.00 |
| Remaining balance: | $ 242,177.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 242,177.63 |

Tardily filed claims of general (unsecured) creditors totaling $66,711.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | David Harris | 27,000.00 | 0.00 | 27,000.00 |
| 4 | INTERNAL REVENUE SERVICE | 39,711.44 | 0.00 | 39,711.44 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 66,711.44 |
| Remaining balance: | $ 175,466.19 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 175,466.19

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.18% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $5,729.44. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $169,736.75.

**UST Form 101-7-TFR (05/1/2011)**