WENETA M.A. KOSMALA
CHAPTER 7 BANKRUPTCY TRUSTEE
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:    Stacy Odine Corban | § Case No. 8:23-BK-11139 TA |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that WENETA M.A. KOSMALA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> U S Bankruptcy Court
> Ronald Reagan Federal Building & U S Courthouse
> 411 West Fourth Street, Suite 2030
> Santa Ana, CA  92701-4593

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 am on February 04, 2025, Courtroom 5B via ZoomGov.  The ZoomGov video and audio connection information will be posted in the Court's tentative prior to the hearing.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  01/03/2025            By:    /s/ WENETA M.A. KOSMALA
                                                                                       Trustee

WENETA M.A. KOSMALA
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:  Stacy Odine Corban § Case No. 8:23-BK-11139 TA
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 917,206.20 |
| *and approved disbursements of* | $ | 601,599.50 |
| *leaving a balance on hand of* [1] | $ | 315,606.70 |
| **Balance on hand:** | $ | 315,606.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | U.S. Department of Housing and Urban Development | 103,630.40 | 103,630.40 | 103,630.40 | 0.00 |
| 2 | BANK OF AMERICA, N.A. | 402,349.38 | 434,147.38 | 434,147.38 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 315,606.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - WENETA M.A. KOSMALA | 40,623.47 | 0.00 | 40,623.47 |
| Trustee, Expenses - WENETA M.A. KOSMALA | 112.00 | 0.00 | 112.00 |
| Attorney for Trustee, Fees - Golden Goodrich LLP | 23,340.00 | 0.00 | 23,340.00 |
| Attorney for Trustee, Expenses - Golden Goodrich LLP | 577.71 | 0.00 | 577.71 |
| Accountant for Trustee, Fees - HAHN FIFE & COMPANY, LLP | 1,000.00 | 0.00 | 1,000.00 |
| Other, Expenses - Clarence Yoshkane | 982.12 | 0.00 | 982.12 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 66,635.30 |
|---|---|---|---|
|  | Remaining balance: | $ | 248,971.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Expenses - Nexus Bankruptcy | 3,500.00 | 0.00 | 3,500.00 |
| Other, Expenses - Southern California Edison | 3,293.77 | 0.00 | 3,293.77 |

|  | Total to be paid for prior chapter administration expenses: | $ | 6,793.77 |
|---|---|---|---|
|  | Remaining balance: | $ | 242,177.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | **NONE** |  |  |  |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 242,177.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | **NONE** |  |  |  |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 242,177.63 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $66,711.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | David Harris | 27,000.00 | 0.00 | 27,000.00 |
| 4 | INTERNAL REVENUE SERVICE | 39,711.44 | 0.00 | 39,711.44 |

Total to be paid for tardy general unsecured claims: $ 66,711.44
Remaining balance: $ 175,466.19

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 175,466.19

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.18% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $5,729.44. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $169,736.75.

**UST Form 101-7-NFR (10/1/2010)**

                                                Prepared By: /s/ WENETA M.A. KOSMALA
                                                                             Trustee

WENETA M.A. KOSMALA
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**