1 | **GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
2 | Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3 | 3070 Bristol Street, Suite 640
Costa Mesa, California 92626
4 | Telephone     714-966-1000
Facsimile     714-966-1002
5 |

6 | Counsel for Chapter 7 Trustee
Weneta M.A. Kosmala
7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10 | In re | Case No. 8:23-bk-11139-TA

11 | STACY ODINE CORBAN, | Chapter 7

12 | Debtor. | **DECLARATION OF WENETA M.A. KOSMALA, CHAPTER 7 TRUSTEE, REGARDING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF GOLDEN GOODRICH LLP, COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**Remote Hearing:**
**DATE:     February 4, 2025**
**TIME:     11:00 a.m.**
**CTRM:     Courtroom 5C/Via ZoomGov**
**411 West Fourth Street**
**Santa Ana, CA 92701**

20 |        I, Weneta M.A. Kosmala, declare:

21 |        1.        I am the duly appointed Chapter 7 trustee for the bankruptcy estate of Stacy

22 | Odine Corban.  I know each of the following facts to be true of my own personal

23 | knowledge and if called as a witness, I could and would competently testify with respect

24 | thereto.

25 | //

26 | //

27 | //

28 |

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4906-6758-5805.1                                                                                    DECLARATION

1    2.    I have reviewed the *First and Final Application for Allowance and Payment*

2 *of Fees and Reimbursement of Expenses of Golden Goodrich LLP, Counsel for the*

3 *Chapter 7 Trustee* (dkt. 64, "Application") and have no objection to the fees or the

4 expenses requested in the Application.

5    I declare under penalty of perjury that the foregoing is true and correct.

6    Executed this _6_ day of January, 2025, at Newport Beach, California.

7

8    _____

9    WENETA M.A. KOSMALA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF WENETA M.A. KOSMALA, CHAPTER 7 TRUSTEE, REGARDING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF GOLDEN GOODRICH LLP, COUNSEL FOR THE CHAPTER 7 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **January 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ryan W Beall     rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
Joseph C Delmotte     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)     ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2025 | David M. Fitzgerald | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**