| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**STACE ODINE CORBAN,**<br><br><br><br>Debtor(s) | Case No: 8:23-bk-11139-TA<br>Chapter 7<br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by  ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): **Stacy Odine Corban**
   Mailing Address: **22596 Killy Street**
   City, State, Zip Code: **Lake Forest, CA 92630-4619**

3. **New Address:**
   Mailing Address: **2114 SW 29th Street**
   City, State, Zip Code: **Redmond, OR 97756-8043**

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number: _____
   Joint Debtor's DeBN account number: _____

Date: **January 7, 2025**        **Stacy Odine Corban**
                                  Requestor's printed name(s)

                                  *[signature]*
                                  Requestor's signature(s)

                                  _____
                                  Title (if applicable, of corporate officer, partner, or agent)

---

This form in mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.