United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11139-TA

Stacy Odine Corban  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Jan 06, 2025      Form ID: pdf001      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |
| aty | + | Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626-3067 |
| br | + | Bershire Hathaway HomeServices California Properti, 1400 Newport Center Dr, Suite 200, Newport Beach, CA 92660-0944 |
| br | + | Clarence Yoshikane, Berkshire Hathaway Home Services, 1400 Newport Center Dr. Suite 200, Newport Beach, CA 92660-0944 |
| 42200230 | + | Clarence Yoshikane, 1400 Newport Center Drive, Suite 200, Newport Beach, CA 92660-0944 |
| 41556898 | | David Harris, 1141 Summerview Lane, Huntingtn Bch, CA 92648-4155 |
| 41556899 | | Lake Forest II Master HOA, 24752 Toledo Lane, Lake Forest, CA 92630-2318 |
| 42016313 | + | Nexus Bankruptcy, 3090 Bristol Street, Suite 400, Costa Mesa, CA 92626-3063 |
| 41556900 | | US Department of, Housing and Uban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104-4430 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 07 2025 00:19:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 07 2025 00:19:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41556897 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 07 2025 00:17:00 | Bank of America, Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 41577726 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 07 2025 00:17:00 | BANK OF AMERICA, N.A., CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Anaheim CA 92806 |
| 41964751 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2025 00:19:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41558731 | + | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Jan 07 2025 00:42:14 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 42011896 | | Email/Text: bankruptcygroup@sce.com | Jan 07 2025 00:18:00 | Southern California Edison, P.O. Box 600, Rosemead, CA 91771 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| intp | | Courtesy NEF |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jan 06, 2025 | Form ID: pdf001 | Total Noticed: 16

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor BANK OF AMERICA  N.A. ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| Ryan W Beall | on behalf of Attorney Golden Goodrich LLP rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 7

WENETA M.A. KOSMALA
CHAPTER 7 BANKRUPTCY TRUSTEE
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re:    Stacy Odine Corban | § | Case No. 8:23-BK-11139 TA |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that WENETA M.A. KOSMALA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U S Bankruptcy Court
Ronald Reagan Federal Building & U S Courthouse
411 West Fourth Street, Suite 2030
Santa Ana, CA  92701-4593

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 am on February 04, 2025, Courtroom 5B via ZoomGov.  The ZoomGov video and audio connection information will be posted in the Court's tentative prior to the hearing.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  01/03/2025          By:  /s/ WENETA M.A. KOSMALA
                                              Trustee

WENETA M.A. KOSMALA
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:   Stacy Odine Corban                                      § Case No. 8:23-BK-11139 TA
                                                                 §
                                                                 §
Debtor(s)                                                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 917,206.20 |
| *and approved disbursements of* | $ 601,599.50 |
| *leaving a balance on hand of* [1] | $ 315,606.70 |
| **Balance on hand:** | $ 315,606.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | U.S. Department of Housing and Urban Development | 103,630.40 | 103,630.40 | 103,630.40 | 0.00 |
| 2 | BANK OF AMERICA, N.A. | 402,349.38 | 434,147.38 | 434,147.38 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 315,606.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - WENETA M.A. KOSMALA | 40,623.47 | 0.00 | 40,623.47 |
| Trustee, Expenses - WENETA M.A. KOSMALA | 112.00 | 0.00 | 112.00 |
| Attorney for Trustee, Fees - Golden Goodrich LLP | 23,340.00 | 0.00 | 23,340.00 |
| Attorney for Trustee, Expenses - Golden Goodrich LLP | 577.71 | 0.00 | 577.71 |
| Accountant for Trustee, Fees - HAHN FIFE & COMPANY, LLP | 1,000.00 | 0.00 | 1,000.00 |
| Other, Expenses - Clarence Yoshkane | 982.12 | 0.00 | 982.12 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 66,635.30 |
| Remaining balance: | $ 248,971.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Expenses - Nexus Bankruptcy | 3,500.00 | 0.00 | 3,500.00 |
| Other, Expenses - Southern California Edison | 3,293.77 | 0.00 | 3,293.77 |

| | |
|---|---|
| Total to be paid for prior chapter administration expenses: | $ 6,793.77 |
| Remaining balance: | $ 242,177.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 242,177.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 242,177.63 |

**UST Form 101-7-NFR (10/1/2010)**

Case 8:23-bk-11139-TA    Doc 76    Filed 01/08/25    Entered 01/08/25 21:29:44    Desc
Imaged Certificate of Notice    Page 6 of 7

Tardily filed claims of general (unsecured) creditors totaling $66,711.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | David Harris | 27,000.00 | 0.00 | 27,000.00 |
| 4 | INTERNAL REVENUE SERVICE | 39,711.44 | 0.00 | 39,711.44 |

Total to be paid for tardy general unsecured claims:   $   66,711.44
Remaining balance:   $  175,466.19

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | NONE | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $  175,466.19

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.18% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $5,729.44. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $169,736.75.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ WENETA M.A. KOSMALA
                      Trustee

WENETA M.A. KOSMALA
4425 Jamboree, Suite 183
Newport Beach, CA  92660
(714) 708-8190
wkosmala@txitrustee.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**