Weneta M.A. Kosmala
**c/o LAW OFFICES OF WENETA M.A. KOSMALA**
Jamboree Plaza
4425 Jamboree, Suite 183
Newport Beach, CA 92660
(714) 708-8190 Tel
(949) 382-1445 Fax
sdk@txitrustee.com

Chapter 7

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-BK-11139-TA |
| Stacy Odine Corban | Chapter 7 |
| Debtor(s) | **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** |
| | [No Hearing Set] |

**TO THE U.S. BANKRUPTCY COURT – ASSET CLOSING SECTION, OFFICE OF THE UNITED STATES TRUSTEE, ATTORNEY FOR THE DEBTOR AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE OF THE ESTATE:**

    **YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee is prepared to file a Final Report and Account in 30 days.

    Professional persons are notified that the last day to file applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: February 06, 2025    /s/ Weneta M.A. Kosmala
                                                    Weneta M.A. Kosmala
                                                    Chapter 7 Bankruptcy Trustee