United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11139-TA |
| Stacy Odine Corban | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

**Recip ID        Recipient Name and Address**
db            + Stacy Odine Corban, 2114 SW 29th St, Redmond, OR 97756-8043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor BANK OF AMERICA N.A. ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Ryan W Beall | on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |
| Ryan W Beall | on behalf of Attorney Golden Goodrich LLP rbeall@go2.law kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 06, 2025 | Form ID: pdf042 | Total Noticed: 1

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 7

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>**WENETA M.A. KOSMALA**<br>**4425 Jamboree, Suite 183**<br>**Newport Beach, CA 92660**<br>**(714) 708-8190 Phone**<br>**(949) 382-1445 Fax**<br>**State Bar No. 152811**<br>**wkosmala@txitrustee.com**<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 06 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br><br><br>Stacy Odine Corban<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-BK-11139 TA<br>CHAPTER: 7<br><br>**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]**<br><br>DATE: **February 04, 2025**<br>TIME: **11:00 am**<br>COURTROOM: **5B**<br>ADDRESS: **411 W. 4th St., Santa Ana, CA  92701-4593** |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

|  | |
|---|---:|
|  | $0.00 |
|  | $0.00 |
|  | $0.00 |

| | |
|---|---:|
| Subtotal for court fees: | $0.00 |
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016* | Page 1 | **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**
   a. Chapter 7 Professional Fees and Expenses:

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession: GOLDEN GOODRICH LLP** | | | | |
| Fees | $23,340.00 | $23,340.00 | $0.00 | $23,340.00 |
| Expenses | $577.71 | $577.71 | $0.00 | $577.71 |
| (2) **Name of Professional/Profession: HAHN FIFE & COMPANY, LLP** | | | | |
| Fees | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (2) **Name of Professional/Profession:** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (3) **Name of Professional/Profession:** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**
   a. Chapter 7 Trustee Fees and Expenses:

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee WENETA M.A. KOSMALA** | | | | |
| Fees | $40,623.47 | $40,623.47 | $0.00 | $40,623.47 |
| Expenses | $112.00 | $112.00 | $0.00 | $112.00 |
| Bank Fees | $117.15 | $117.15 | $117.15 | $0.00 |
| Bond | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional professional fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b.  Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Bond | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

☐  Additional professional fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals.  If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order.  Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.  The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐  Other:

### 

Date: February 6, 2025

Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**