**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:   Stacy Odine Corban                              §   Case No. 8:23-BK-11139 SC
                                                                             §
                                                                             §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

     WENETA M.A. KOSMALA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

| | |
|---|---|
| Assets Abandoned:  $340.00 | Assets Exempt:  $684,900.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $610,218.66 | Claims Discharged Without Payment:  $0.00 |
| Total Expenses of Administration:  $137,250.79 | |

---

     3) Total gross receipts of $917,206.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $169,736.75 (see **Exhibit 2**), yielded net receipts of $747,469.45 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 534,847.68 | 537,777.78 | 537,777.78 | 537,777.78 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 130,457.02 | 130,457.02 | 130,457.02 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 6,793.77 | 6,793.77 | 6,793.77 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 72,440.88 | 72,440.88 | 72,440.88 |
| **TOTAL DISBURSEMENTS** | **$534,847.68** | **$747,469.45** | **$747,469.45** | **$747,469.45** |

      4)  This case was originally filed under Chapter 13 on 06/02/2023 and it was converted to Chapter 7 on 08/28/2023.  The case was pending for 23 months.

      5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/10/2025      By:  /s/ WENETA M.A. KOSMALA
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home  22596 Killy St Lake Forest CA 92630-4619 Orange County | 1110-000 | 900,081.20 |
| Tax Refunds | 1224-000 | 17,125.00 |
| **TOTAL GROSS RECEIPTS** | | **$917,206.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stacy Odine Corban | Surplus to Debtor | 8200-002 | 169,736.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$169,736.75** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Housing and Urban Development | 4110-000 | 103,630.40 | 103,630.40 | 103,630.40 | 103,630.40 |
| 2 | BANK OF AMERICA, N.A. | 4110-000 | 382,569.28 | 434,147.38 | 434,147.38 | 434,147.38 |
| NOTFILED | David Harris | 4110-000 | 27,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lake Forest II Master HOA | 4110-000 | 21,648.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$534,847.68** | **$537,777.78** | **$537,777.78** | **$537,777.78** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENETA M.A. KOSMALA | 2100-000 | N/A | 40,623.47 | 40,623.47 | 40,623.47 |
| WENETA M.A. KOSMALA | 2200-000 | N/A | 112.00 | 112.00 | 112.00 |
| Golden Goodrich LLP | 3210-000 | N/A | 23,340.00 | 23,340.00 | 23,340.00 |
| Golden Goodrich LLP | 3220-000 | N/A | 577.71 | 577.71 | 577.71 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Clarence Yoshkane | 2500-000 | N/A | 982.12 | 982.12 | 982.12 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | | | | | |
|---|---|---|---|---|---|
| Pickford Escrow | 2500-000 | N/A | 27,704.57 | 27,704.57 | 27,704.57 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 117.15 | 117.15 | 117.15 |
| Berkshire Hathaway | 3510-000 | N/A | 36,000.00 | 36,000.00 | 36,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$130,457.02** | **$130,457.02** | **$130,457.02** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Southern California Edison | 6990-000 | N/A | 3,293.77 | 3,293.77 | 3,293.77 |
| Nexus Bankruptcy | 6990-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$6,793.77** | **$6,793.77** | **$6,793.77** |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | David Harris | 7200-000 | N/A | 27,000.00 | 27,000.00 | 27,000.00 |
| 3-I | David Harris | 7990-000 | N/A | 2,203.27 | 2,203.27 | 2,203.27 |
| 4 | INTERNAL REVENUE SERVICE | 7200-000 | N/A | 39,711.44 | 39,711.44 | 39,711.44 |
| 4-I | INTERNAL REVENUE SERVICE | 7990-000 | N/A | 3,240.56 | 3,240.56 | 3,240.56 |
| 6-I | Nexus Bankruptcy | 7990-000 | N/A | 285.61 | 285.61 | 285.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **N/A** | **$72,440.88** | **$72,440.88** | **$72,440.88** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1     Exhibit 8

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | |
|---|---|
| **Case Number:** 8:23-BK-11139 SC | **Trustee:** WENETA M.A. KOSMALA |
| **Case Name:** Stacy Odine Corban | **Filed (f) or Converted (c):** 08/28/23 (c) |
| | **§341(a) Meeting Date:** 10/12/23 |
| **Period Ending:** 07/10/25 | **Claims Bar Date:** 01/23/24 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 22596 Killy St Lake Forest CA 92630-4619 Orange County<br>Sold pursuant to Court Order entered 7/21/24. | 934,000.00 | 0.00 | | 900,081.20 | FA |
| 2 | Toyota Solara 2000 130000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Pets | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash on hand<br>Converted case from Chapter 13; cash consumed during Chapter 13. | 340.00 | 340.00 | | 0.00 | FA |
| 9 | Checking account: SchoolsFirst Federal Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Savings account: SchoolsFirst Federal Credit Union | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | Tax Refunds (u) | 0.00 | 17,125.00 | | 17,125.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$941,240.00** | **$17,465.00** | | **$917,206.20** | **$0.00** |

**Major activities affecting case closing:**
09/30/2024 SUMMARY: Trustee sold Debtor's real property providing a 100% distribution to all creditors.

TAX STATUS: No tax issues currently exist. 10/24/24 Estate Tax Returns y/e 09/30/24; Forms 1041, 1040, 541, 540; Estate Liability $0 Federal; $0 State;

ASSET STATUS:

On June 2, 2023, Debtor filed a voluntary petition for relief under Chapter 13. The case was converted to chapter 7 on August 28, 2023.

The Debtor listed real property with a scheduled value of $934,000 and liens against it totaling $534,847.68. The Debtor claimed an exemption in the property in the amount of $678,000 pursuant to C.C.P. § 704.730.

On February 16, 2024 the Debtor filed a Waiver of Homestead Exemption and does not assert an exemption in the property.

The Trustee employed a real estate broker and marketed and sold the property. The Trustee received and accepted an offer of $900,000 for the property and sought and received court approval for the

FORM 1      Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES      Page: 2

sale of the property.

INSURANCE STATUS:  None

LITIGATION STATUS:  None

OPEN ISSUES: Employ Accountant, Prepare Estate Tax Returns

10/7/2024 Notice of Motion and Motion Under LBR 2016-2 For A... / Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee Filed by Trustee Weneta M.A. Kosmala (TR). (Kosmala (TR), Weneta) (Entered: 10/07/2024)

7/12/2024 Order Granting Chapter 7 Trustee's Motion For... / Order Granting Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims And Interests Pursuant To 11 U.S.C. §§ 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); And (4) Authorizing Paymnet of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale [22596 Killy Street, Lake Forest, California 92630, APN 614-202-48] (BNC-PDF) (Related Doc # 49 ) Signed on 7/12/2024 (GD) (Entered: 07/12/2024)

3/29/2024 Order Approving Application Of The Trustee For Aut... / Order Approving Application Of The Trustee For Authorization To: (1) Employ Real Estate Broker Bershire Hathaway HomeServices California Properties, And Agent Clarence Yoshikane Pursuant To 11 USC §§ 327 And 328; And (2) Allow Agent An Administrative Claim For Out-Of-Pocket Expenses [ 22596 Killy Street, Lake Forest, California 92630 (BNC-PDF) (Related Doc # 44) Signed on 3/29/2024. (GD) (Entered: 03/29/2024)

2/29/2024 Order Granting Application Of The Chapter 7 Truste... / Order Granting Application Of The Chapter 7 Trustee To Employ Counsel Golden Goodrich LLP Pursuant To 11 USC §§ 327 And 330 (BNC-PDF) (Related Doc # 36) Signed on 2/9/2024. (GD) (Entered: 02/09/2024)

10/20/2023  Notice of Assets filed by Trustee and Court's Notice of Possible Dividend; Proof of Claims due by January 23, 2024.

9/27/2023 Chapter 13 Trustee's Final Report and Account . (Cohen (TR), Amrane (SA)) (Entered: 09/27/2023)

8/28/2023 Convert Case to Chapter 7 Trustee Amrane (SA) Cohen (TR) removed from the case. Trustee Weneta M.A. Kosmala (TR) added to the case. (Optional BNC) (RE: related document(s)4 Meeting (AutoAssign Chapter 13)) (CJ) (Entered: 08/29/2023)

8/3/2023 Objection to Confirmation of Plan with Notice and Proof of Service Attached. Filed by Trustee Amrane (SA) Cohen (TR). (Cohen (TR), Amrane (SA)) (Entered: 08/03/2023)

6/2/2023 Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Stacy Odine Corban Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 06/16/2023.

**Initial Projected Date of Final Report (TFR):**  June 01, 2026      **Current Projected Date of Final Report (TFR):**  October 29, 2024 (Actual)

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 8:23-BK-11139 SC | | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|---|
| Case Name: | Stacy Odine Corban | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******6561 - Checking |
| Taxpayer ID#: | **-***0565 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/10/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/24 | Asset #11 | UNITED STATES TREASURY | Tax Refund for year ending 12/2016 | 1224-000 | 9,243.95 | | 9,243.95 |
| 05/21/24 | Asset #11 | UNITED STATES TREASURY | Tax refund for year ending 12/2017 | 1224-000 | 7,881.05 | | 17,125.00 |
| 05/31/24 | Asset #1 | George Barr | Ernest Money Deposit for GBKD Inc. $900,000 offer | 1110-000 | 50,000.00 | | 67,125.00 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.08 | 67,116.92 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.07 | 67,007.85 |
| 08/14/24 | | A & A Escrow Services Inc | Net proceeds for sale of real property located at 22596 Killy St., Lake Forest, CA 92630 | | 248,598.85 | | 315,606.70 |
| 08/14/24 | Asset #1 | | Net proceeds for sale of real property located at 22596 Killy St., Lake Forest, CA 92630. $900,000 less $50,000 EMD    850,000.00 | 1110-000 | | | 315,606.70 |
| 08/14/24 | Asset #1 | Pickford Escrow | HOA    81.20 | 1110-000 | | | 315,606.70 |
| 08/14/24 | | BANK OF AMERICA, N.A. | trust deed    -434,147.38 | 4110-000 | | | 315,606.70 |
| 08/14/24 | | U.S. Department of Housing and Urban Development | HUD    -103,630.40 | 4110-000 | | | 315,606.70 |
| 08/14/24 | | Berkshire Hathaway | Commission    -36,000.00 | 3510-000 | | | 315,606.70 |

Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 8:23-BK-11139 SC | | Trustee: | WENETA M.A. KOSMALA |
| --- | --- | --- | --- | --- |
| Case Name: | Stacy Odine Corban | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******6561 - Checking |
| Taxpayer ID#: | **-***0565 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/10/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/14/24 | | Pickford Escrow | $10,148.58 HOA; $476.92 Property Tax; $12,767.95 Other; $2,411.12 Title; $1,900 Escrow  -27,704.57 | 2500-000 | | | 315,606.70 |
| 02/06/25 | 1001 | WENETA M.A. KOSMALA | Dividend of 100.000% per Court Order entered 2/6/25 | 2100-000 | | 40,623.47 | 274,983.23 |
| 02/06/25 | 1002 | WENETA M.A. KOSMALA | Dividend of 100.000% | 2200-000 | | 112.00 | 274,871.23 |
| 02/06/25 | 1003 | Clarence Yoshkane | Dividend of 100.000% ;  Stopped on 03/12/2025 | 2500-000 | | 982.12 | 273,889.11 |
| 02/06/25 | 1004 | Golden Goodrich LLP | Dividend of 100.000% | 3210-000 | | 23,340.00 | 250,549.11 |
| 02/06/25 | 1005 | Golden Goodrich LLP | Dividend of 100.000% | 3220-000 | | 577.71 | 249,971.40 |
| 02/06/25 | 1006 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000% | 3410-000 | | 1,000.00 | 248,971.40 |
| 02/06/25 | 1007 | Southern California Edison | Dividend of 100.000%, Claim # 5 | 6990-000 | | 3,293.77 | 245,677.63 |
| 02/06/25 | 1008 | Nexus Bankruptcy | Dividend of 100.000%, Claim # 6 | 6990-000 | | 3,500.00 | 242,177.63 |
| 02/06/25 | 1009 | David Harris | Dividend of 100.000%, Claim # 3 | 7200-000 | | 27,000.00 | 215,177.63 |
| 02/06/25 | 1010 | INTERNAL REVENUE SERVICE | Dividend of 100.000%, Claim # 4 | 7200-000 | | 39,711.44 | 175,466.19 |
| 02/06/25 | 1011 | David Harris | Dividend of 100.000%, Claim # 3-I | 7990-000 | | 2,203.27 | 173,262.92 |
| 02/06/25 | 1012 | INTERNAL REVENUE SERVICE | Dividend of 100.000%, Claim # 4-I | 7990-000 | | 3,240.56 | 170,022.36 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 8:23-BK-11139 SC | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Stacy Odine Corban | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6561 - Checking |
| Taxpayer ID#: | **-***0565 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/10/25 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/06/25 | 1013 | Nexus Bankruptcy | Dividend of 100.000%, Claim # 6-I | 7990-000 | | 285.61 | 169,736.75 |
| 02/06/25 | 1014 | Stacy Odine Corban | Surplus to Debtor | 8200-002 | | 169,736.75 | 0.00 |
| 03/12/25 | 1003 | Clarence Yoshkane | Dividend of 100.000% ;  Stopped: Check issued on 02/06/2025 | 2500-000 | | -982.12 | 982.12 |
| 03/12/25 | 1015 | Clarence Yoshkane | Dividend of 100.000% ; reissue check to new address | 2500-000 | | 982.12 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 315,723.85 | 315,723.85 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 315,723.85 | 315,723.85 | |
| Less: Payment to Debtors | | | 169,736.75 | |
| **NET Receipts / Disbursements** | | **$315,723.85** | **$145,987.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6561** | 315,723.85 | 145,987.10 | 0.00 |
| | **$315,723.85** | **$145,987.10** | **$0.00** |