United States Bankruptcy Court

Central District of California

In re:  Case No. 23-11139-SC

Stacy Odine Corban  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8 | User: admin | Page 1 of 2
Date Rcvd: Aug 15, 2025 | Form ID: van102 | Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacy Odine Corban, 2114 SW 29th St, Redmond, OR 97756-8043 |
| 42200230 | + | Clarence Yoshikane, 1400 Newport Center Drive, Suite 200, Newport Beach, CA 92660-0944 |
| 41556898 | | David Harris, 1141 Summerview Lane, Huntingtn Bch, CA 92648-4155 |
| 41556899 | | Lake Forest II Master HOA, 24752 Toledo Lane, Lake Forest, CA 92630-2318 |
| 42016313 | + | Nexus Bankruptcy, 3090 Bristol Street, Suite 400, Costa Mesa, CA 92626-3063 |
| 41556900 | | US Department of, Housing and Uban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104-4430 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Aug 16 2025 01:06:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 16 2025 01:06:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41556897 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 16 2025 01:05:00 | Bank of America, Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 41577726 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 16 2025 01:05:00 | BANK OF AMERICA, N.A., CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Anaheim CA 92806 |
| 41964751 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2025 01:06:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41558731 | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Aug 16 2025 01:11:04 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 42011896 | Email/Text: bankruptcygroup@sce.com | Aug 16 2025 01:05:00 | Southern California Edison, P.O. Box 600, Rosemead, CA 91771 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: van102 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Benjamin Heston
         on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

Joseph C Delmotte
         on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com   JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Joseph C Delmotte
         on behalf of Creditor BANK OF AMERICA  N.A. ecfcacb@aldridgepite.com,
         JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Ryan W Beall
         on behalf of Trustee Weneta M.A. Kosmala (TR) rbeall@go2.law
         kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law

Ryan W Beall
         on behalf of Attorney Golden Goodrich LLP rbeall@go2.law
         kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law

United States Trustee (SA)
         ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
         ecf.alert+Kosmala@titlexi.com   wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 7

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Stacy Odine Corban
**SSN:** xxx−xx−7425
**EIN:** N/A

2114 SW 29th St
Redmond, OR 97756

**BANKRUPTCY NO.** 8:23−bk−11139−SC
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file a Certification About a Financial Management Course.

Dated: August 15, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2024

**85 / JL**